UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LESLE WILLIAMS,**<br>　　　　Plaintiff<br><br>v.<br><br>**FIELDWOOD ENERGY OFFSHORE, INC. d/b/a. FIELDWOOD ENERGY (TEXAS), INC., FIELDWOOD ENERGY, LLC, FIELDWOOD ENERGY OFFSHORE, LLC, SHORE OFFSHORE SERVICES, LLC and COMPLETE LOGISTICAL SERVICES, LLC,**<br>　　　　**Defendants** | **CIVIL ACTION NO.:  4:20-cv-04371**<br><br>**UNITED STATES DISTRICT JUDGE: KEITH P. ELLISON** |

## JOINT MOTION FOR ENTRY OF JUDGMENT DISMISSING WITH PREJUDICE THE CLAIMS OF LESLE WILLIAMS

**NOW INTO COURT**, through undersigned counsel, come Shore Offshore Services, LLC ("Shore"), Fieldwood Energy LLC and Fieldwood Energy Offshore LLC (hereafter collectively "Fieldwood"), Complete Logistical Services, LLC ("CLS"), and Lesle Williams ("Williams"), who respectfully submit that the claims and demands asserted in this matter by Williams against Shore, Fieldwood, CLS, and Fieldwood Energy Offshore, Inc. d/b/a Fieldwood Energy (Texas), Inc., have been amicably resolved and settled. Accordingly, Shore, Fieldwood, CLS, and Williams jointly move this Court for the entry of a judgment, dismissing with prejudice all claims asserted by Williams in this matter, with each party to bear its own costs.

-1-

Respectfully submitted,

*/s/ Gavin H. Guillot*
Gavin H. Guillot, T.A.
TX Bar No.: 24099123
SDTX Federal ID No: 2236795
Aaron B. Greenbaum
TX Bar No. 24110938
SDTX Federal ID No. 2023921
Salvador J. Pusateri
TX Bar No.: 24072867
SDTX Federal ID No: 438301
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Telephone: 504-620-2500
Facsimile: 504-620-2510
Gavin.Guillot@pjgglaw.com
Aaron.Greenbaum@pjgglaw.com
Salvador.Pusateri@pjgglaw.com
**ATTORNEYS FOR SHORE OFFSHORE SERVICES, LLC**

/s/      Kyle Findley
J. Kyle Findley (#34922)
kfindley@arnolditkin.com
Adam Lewis (#37492)
alewis@arnolditkin.com
John G. Grinnan (*pro hac vice*)
jgrinnan@arnolditkin.com
**ARNOLD & ITKIN LLP**
6009 Memorial Drive
Houston, TX 77007
Tel: 713.222.3800
Fax: 713.222.3850

AND

**KING & JURGENS, L.L.C.**

*/s/ James D. Bercaw*
JAMES D. BERCAW (*pro hac vice*)
Attorney in Charge
201 St. Charles Avenue, 45TH Floor
New Orleans, Louisiana 70170

-2-

Telephone: (504) 582-1272
Facsimile: (504) 582-1233
jbercaw@kingjurgens.com

and

JOSEPH R. MESSA (#11346)
jmessa@kingjurgens.com
6363 Woodway, Suite 820
Houston, Texas 77057
Telephone: (713) 334-5644
Facsimile: (877) 809-6912
*Attorneys for defendants, Fieldwood Energy LLC and Fieldwood Energy Offshore LLC*

AND

**PHELPS DUNBAR LLP**

BY:

*/s/ Ivan M. Rodriguez*
Ivan M. Rodriguez Texas
Bar No.: 24058977
910 Louisiana Street, Suite 4300
Houston, TX 77002
Direct: 713-225-7251
Mobile: 713-890-2927
Fax: 713-626-1388
Email: ivan.rodriguez@phelps.com
ATTORNEYS FOR DEFENDANT COMPLETE LOGISTICAL SERVICES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

*/s/ Kyle Findley*