**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **LESLE WILLIAMS,**<br>Plaintiff<br><br>v.<br><br>**FIELDWOOD ENERGY OFFSHORE, INC. d/b/a. FIELDWOOD ENERGY (TEXAS), INC., FIELDWOOD ENERGY, LLC, FIELDWOOD ENERGY OFFSHORE, LLC, SHORE OFFSHORE SERVICES, LLC and COMPLETE LOGISTICAL SERVICES, LLC,**<br>Defendants | **CIVIL ACTION NO.: 4:20-cv-04371**<br><br>**UNITED STATES DISTRICT JUDGE: KEITH P. ELLISON** |

## ORDER

Considering the foregoing *Joint Motion for Entry of a Judgment Dismissing with Prejudice the Claims of Lesle Williams* ("Joint Motion");

**IT IS ORDERED** that the Joint Motion is **GRANTED** and all claims by Plaintiff, Lesle Williams, asserted against Defendants, Shore Offshore Services, LLC, Fieldwood Energy LLC, Fieldwood Energy Offshore LLC, Fieldwood Energy Offshore, Inc. d/b/a Fieldwood Energy (Texas), Inc., and Complete Logistical Services, LLC, are hereby **DISMISSED WITH PREJUDICE,** with each party to bear their own respective costs.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 27th of December, 2023.

_____
**KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE**