

# LESSLE WILLIAMS

United States Courts
Southern District of Texas
FILED
APR 1 4 2025
Nathan Ochsner, Clerk of Court

Lessle Williams

24151 Bella Dolce Lane
Apt-505
Katy, TX 77494

Re: Cause No. 4:20-cv-04371; Lesle Williams v. Fieldwood Energy, LLC,et,; In the USDC Southern District of Texas-Houston Divison.

Dear Judge Keith P. Ellison,

I am writing this letter to inform you of what is needed at this time.

- I am seeking reparations in the amount of 120 million dollars with Attorneys fees paid in full. (120 million dollars in my pocket).
- Requesting for a emergency exparte due to negligence in this Maritime Case
- $1,800 is due by 3/17/25 or Repossession will be in process on the 2016 – Audi
- $5,014 was due by 3/20/25 or Eviction from the Regalia Bella Terra
- $3,500 is needed to complete the End of Lease @ Regalia Bella Terra
- $1,100 is due to Discount Power – Utility Bill
- $1,600 is due to Capitol One Bank on the Ford Escape
- $550,000 for Purchase of a New Home in the Katy, Area which includes moving expenses and deposits for utilities and taxes.
- $224,939.03 is still owed to me from the first settlement offer that was not corrected by the Accounting Department within Arnold & Itkin Law Firm
- Needing emergency medical for all of my sustained injuries along with the life care planner

**List of Violations**
1. **Civil Rights violation**
2. **Theft of Signature**
3. **Attorney Client Privilege has been neglected**
4. **Pain & Suffering**
5. **HIPPA Violation**
6. **Medical Malpractice**
7. **Psychology Hardship**
8. **State of Destitution**

Your Honor, this is what I am requesting at this time.

If this is possible, please close my case with a settlement of 120 million Dollars with all Attorneys fees and bills paid. I just want to be clear that we understand that I am asking for 120 million Dollars in my pocket walking away from the table. This is what I feel is a fair settlement in closing my case.

Sincerely,
Lessle Eugene Williams

STATE OF _TEXAS_
COUNTY OF _FORT BEND_
SUBSCRIBED AND SWORN TO BEFORE ME
THIS _10TH_ DAY OF _APRIL_ _2025_
BY _LESSLE EUGENE WILLIAMS_
_ALEX BENTON_
NOTARY PUBLIC

ALEX BENTON
NOTARY PUBLIC, STATE OF TEXAS
ID# 132417945
COMM. EXP. 03-26-2028

Mrs. Brenda Tate

1820 Holly Bush Road

Pelahatchie, MS 39145


To whom it may concern;

I have known my son in love for sixteen years. I am very concerned about his health at this time. He has been hurting for months without medication. I feel that this treatment is wrong and I am concerned about his treatment. Lessie has spoken with my husband and I and we continue to keep him in prayer. The process of supporting my family has difficult for us.

We continue to lift the family up in prayer daily and also we communicate with them via phone for hours at a time daily. In the past he has been financially stable to support his family while working in the oil industry. Although, we have had our ups and downs but we are still family. He loves my grandson Jalem with all his heart and not being able to provide for him as before is a huge burden on him. He should not have to suffer because of injuries that he suffered from hurricane Zeta in October 28, 2020.

Someone has been negligent with his medical care and providing him with his financial needs for him and his family. I hope and pray that the person reading this will have mercy and do what is right so that he can live the life that is due to him. If you need additional information please feel free to contact me at anytime. He has given me authorization to speak to anyone who needs to contact me. My number is (601)672-3400. May God continue to bless you.


Sincerely,

Brenda Tate   *Brenda Tate*

State of: MISSISSIPPI
County of: RANKIN

The forgoing document was acknowledged before me,
This __19__ day of __March__ , 2025.

*Notary Signature*
Notary Signature
Commission Expires: __02/24/2028__

STATE OF MISSISSIPPI
JANETTE ARREDONDO
NOTARY PUBLIC
ID No. 59287
MY COMMISSION EXPIRES
Feb. 24, 2028
RANKIN COUNTY

Samantha Teresa Tate-Williams
24151 Bella Dolce Lane
Apt.505 Katy, TX 77494
Phone: 484-934-4587

} Honorable Keith P. Ellison
United States District Court

515 Rusk St.

Suite 3716

Houston, TX 77002

Phone: 713-250-5181

RE: Cause No. 4:20-cv-04371; Lessle Williams v. Fieldwood
Energy, LLC, et.; In the USDC Southern District of Texas-
Houston Division

------------------------------------------------------------

Dear Honorable Keith P. Ellison,

I appreciate your Honorable for taking the time to read this letter. I know that your time is extremely valuable, so I am going to make this letter short and to the point. My husband has been dealing with intense pain, sleepless nights, PTSD, unimaginable stress and not getting the medical treatment that he so urgently needs. My son and I have severe anxiety which requires therapy sessions and medication. I cannot begin to express what we as a family are having to endure at this time. Your Honor, I would like for you to ask for the original signature from the legal documents; I saw a sulfur piece of paper that had a signature on it, and I asked for copies of all his legal documents. I also requested to record the meeting. The attorneys refused because I am hearing impaired. The attorney Kyle Finley said that they would repeat all the information to me until I understood it.

We as a family have exhausted all options going throughout this process. My husband's attorneys (Arnold & Itkin) are using verbal tactics saying, they do not take care of families, we are not a bank, you are living above your means, and you need to get rid of some stuff. In reverse my husband has been having issues with his urine, abdominal area, GI, neck, back, ankle and his blood pressure has reversed. I am asking for an emergency response due to the negligence of Arnold & Itkin, Ace Physicians and all the other parties involved. My main concern is my husband's Aortic Stenosis, and his condition is currently moderate, but I am worried without proper medical care it will become Severe quickly.

Your Honorable, I have advocated for my husband by providing all the psychological support and paperwork to the proper parties involved only to have the information ignored. I have advocated for my husband to receive the medical treatment that he currently needs now using third party medical insurance. We have been to many doctors only to be turned away because of his condition and this court case. I am told that all roads lead back to his attorneys and the doctors do not want to be involved. Going forth, I am asking that my husband be paid the other $224,939.03 that Arnold & Itkin still owes. From my husbands first settlement agreement offer, it was brought to Arnold & Itkin attention about the discrepancy of the settlement, but they refused the sign agreement. Arnold & Itkin asked that my husband sign the agreement, and they would settle with him later per paralegal Joseph Martindale as directed by the attorneys at Arnold & Itkin law firm.

Sincerely,

_____
Samantha Teresa Tate-Williams
April 11, 2025

# AFFIDAVIT

Certified / Registered Mail# 9589071052701329108003

P.S. Form 3811# 95909403029251550028318

Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal

Comes Now: Lessle Eugene Williams, who is competent to make the statements contained herein, is above the age of maturity, and has firsthand knowledge of the facts contained herein, and makes these statements under penalty of perjury, that states:

I have requested production of the contract as notated in Exhibit A as #1 and #2. Affiant has requested this contract several times to John Grinnan and still has not recieved a **certified verified** copy of this alleged contract for Affiant's inspection. It is Affiant's claim that John Grinnan has not shown, produced, or taken the time to fully explain this alleged contract to the Affiant, Lessle Eugene Williams. As attorney of record for Affiant, John Grinnan has a fiduciary duty to explain all aspects of this alleged contract to the fullest extent so as to afford Affiant comprehension and full disclosure of this alleged contract. It is the request of Affiant for John Grinnan to produce a **verified certified** contract with Affiant's wet ink signature and **verified certified** proof that John Grinnan gave full disclosure of this alleged contract to Affiant.

Further Affiant sayeth not.

By: _____

Lessle Eugene Williams
All Rights Reserved/Without Recourse

Affidavit

# AFFIDAVIT

Certified / Registered Mail# 95890710527013296018003

P.S. Form 3811# 9590940302925155028318

Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal

Jurat:

State of Texas

County of _FORT BEND_

Sworn to and subscribed before me, _____ALEX BENTON_____ a Public

(Notary)

Notary, on the _10TH_ day of _APRIL_, 20 _25_

(Seal)                    My Commission Expires _26TH_ Day of _MARCH_, 20 _28_.

ALEX BENTON
NOTARY PUBLIC, STATE OF TEXAS
ID# 132417945
COMM. EXP. 03-26-2028

From: peachfunds@peachtreefinancial.com
Subject: We're awaiting your Attorney's response
Date: Apr 1, 2025 at 11:00:16 AM
To: bendwiad@icloud.com

Hi Lessle Williams,

This is a friendly reminder to have your lawyer complete your pre-settlement funding application. Once the completed application is submitted to us, we can connect you to a third-party provider that meets your needs. We want to make sure you get paid sooner than later, so don't delay! *

Sincerely,

PeachTree

(A JG Wentworth Business)


* JG Wentworth and Peachtree do not provide pre-settlement funding services. All leads are

brokered to unaffiliated third-party providers by Peachtree Funding Northeast, LLC.

# AFFIDAVIT OF EMAIL FROM JOHN GRINNAN
Certified / Registered Mail# 9589071052701329618003
P.S. Form 3811# 9590940302925155028318

Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal

**From:** John Grinnan <jgrinnan@arnolditkin.com>
**Date:** February 25, 2025 at 10:50:13 AM CST
**To:** Lessle Williams <bendwiad@icloud.com


EXHIBIT
A

Good Morning Lessle,

#1      "and a breach of contract, so we can't do that."

#2      "we cannot break the law or breach contracts."

Comes Now Lessle Eugene Williams, Affiant, who is of the age of majority, and

competent to state the facts herein, and who has firsthand knowledge of the facts

contained herein, states under penalty of perjury that:

This Email I received from John Grinnan claims there is a contract in effect. Affiant

wishes to inspect and review the contract mentioned by John Grinnan as it relates to this

matter,

State of TEXAS      County of FORT BEND
Subscribed and sworn to (or affirmed) before me
on this 10th day of APRIL ,20 25
by LESSLE EUGENE WILLIAMS ,
proved to me on the basis of satisfactory evidence to
be the person(s) who appeared before me.


Notary Public Signature

By: _____

Lessle Eugene Williams
All Rights Reserved/Without Recourse

1 of 1

ALEX BENTON
NOTARY PUBLIC, STATE OF TEXAS
ID# 132417945
COMM. EXP. 03-26-2028

Certified Mail# 9589071052701329618003

P.S. Form 3811# 9590940302925155028318

# Certificate of Mailing/Certificate of Service

**EXHIBIT**
C

I, ___ALEX BENTON___ a Notary in the County of

___FORT BEND___, State of ___TEXAS___,

has by my hand mailed the following enclosure(s) to the person(s) named below by

enclosing the same in an envelope, postage prepaid, Registered/Certified Mail, with

return receipt requested, and depositing it in a post office or an official depository under

the care and custody of the United States Post Office.

To: _____ John Grinnan _____

_____ 6009 Memorial Drive _____

_____ Houston Texas 7707 _____

It is requested by Affiant Lessle Williams that all mailings and correspondence shall be

remitted to Notary:

THE UPS STORE #6221
23501 CINCO RANCH BLVD, SUITE H120
KATY, TX 77494

*[signature: Alex Benton]*

**ALEX BENTON**
NOTARY PUBLIC, STATE OF TEXAS
ID# 132417945
COMM. EXP. 03-26-2028

Certificate of Mailing/Certificate of Service                                    1 of 2

# NOTICE OF REQUEST TO PRODUCE CONTRACT

Certified / Registered Mail# 9589071052701329618003

P.S. Form 3811# 95909403029251550028318

Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal

EXHIBIT
D-1

To whom it may concern:

This is a request to produce the settlement contract that Lessle Eugene Williams is being asked to honor. John Grinnan and/or his associates has been asked on several occasions by Lessle Williams to produce this contract, but has yet to have been presented with this settlement contract. I, Lessle Williams in good faith and with clean hands offer John Grinnan and/or his associates 14 days to produce a **CERTIFIED VERIFIED** contract with Lessle Eugene Williams wet ink signature contained therein for Lessle Williams inspection. This letter is not intended to be threatening in any way, as I, Lessle Williams have exhausted all attempts to secure this settlement contract and has been met with resistance and stalling tactics from John Grinnan and associates concerning this matter. Failure to respond to this notice stands as tacit agreement to the failure of a fiduciary responsibility to Lessle Williams. Please remit whatever response to the Notary at the below address:

THE UPS STORE #6221

23501 CINCO RANCH BLVD.

SUITE #120

KATY, TX 77494

State of TEXAS County of FORT BEND

Subscribed and sworn to (or affirmed) before me

on this 10th day of APRIL, 20 25

by LESSLE EUGENE WILLIAMS,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

*Alex Benton*

**Notary Public Signature**

ALEX BENTON
NOTARY PUBLIC, STATE OF TEXAS
ID# 132417945
COMM. EXP. 03-26-2028

By: _____

Lessle Eugene Williams/Without Recourse
All Rights Reserved

Certified Mail# 9589071052701329618003

P.S. Form 3811# 9590940302925155028318

# ENCLOSURES

1. _____ Exhibit A / Affidavit of Email from John Grinnan _____

2. _____ Exhibit B / Affidavit by Lessie Williams _____

3. _____ Exhibit C / Certificate of Mailing/ Certificate of Service _____

4. _____ Exhibit D / Notice of Request to Produce Contract _____

5. _____

Mailed on this __10TH__ day of ____APRIL____, 2024̶5̶ AB

Notary Public ____Alex Benton____

My Commission Expires __20TH__ Day of ____MARCH____, 20 28 .

Seal:



ALEX BENTON
NOTARY PUBLIC, STATE OF TEXAS
ID# 132417945
COMM. EXP. 03-26-2028

**"Petitioning for the Demands of Vertias and Aequitas"**

Praises for Judgment and Justice

Alef: 12/8/24

Bless are you who approach the lord with gladness in his heart, whose desires are not secretly hidden with agendas, or blameless towards the Almighty. Bless are you who do not go astray, but keep the heart of your mentors throughout our trials, and tribulations by your set-apart ones. The pain and the groanings you feel are a lesson unto the Almighty, so you may never forget his works in the mist of your own shade of darkness. Bless are you who keeps his statues and seek him diligently with a humble heart-they who refuses to do wrong, or compelled against the injustice not to follow Yeshua's loyalty of leadership and authority. You have laid down the path of your righteous deeds upon the table of scavengers, and my heart within you could never withdraw my path towards your lovely wisdom and knowledge for us, as your only chosen ones. You have taught me how to approach your precepts and learned how to obey your orders of commandments. Oh, that my heart is steadfast learning how to be subjective towards your righteous decisions! Your decrees are teaching me a valuable lesson on how you orchestrated your judicial performance of your very own peripheral-government tactics. (We shall require of his accolades and to rule his accountability within Hashem action; to justify Yeshua's faith to be known worldwide-why He was so much created in his Father's image. I do not want to be put to shame against the Almighty one when I do not obey his commands, so now I must always pardon my own living transgressions of sinful nature. I shall plead his blood of inquisition over my case with justice and liability against the wrongful areas of my lawyers behalf, to search out the surveillance of evidence that was hidden in secrecy. In this seasoning of reckoning, I am learning to praise you with an upright heart as I had to learn to be still, obedient, and be very patient with your own Wisdom of diversity. I seek your righteous laws in the matter of truths and justice. In the matters of my honest prayers and petitioning you for my life and longevity of your secret counsel; I do not want you to pass me by, nor for you, or your own Heavenly Father to necessarily reject the timing of your deliverance for me to receive justice.

lessons, by the aging of your Wisdom and the grey headed beard that you shall always rubbish the aggressive, those who totally astray from the guidance of your devotion and counseling. Remove my negative thoughts and the devolution of statutory of foreign governments who have plotted against me with their superiors and supporters, those who have risen an accusation towards the verdicts of betrayal and bribery for brutality. I must say; remove me from their scorns of scheme and human failures, contempt, for I must keep writing about the protector of your Torah's investments. Though your rulers of engagement between judges and lawyers have slander me with indulgences between: light and darkness, but I your servant Dwaid; I will meditate on the heritage of Yosef and my own decendants, for your true justice lies in the matter of your own lively verdicts. I realize true justice lies in the palm and the hand of the Almighty one. I saw your rulers of the Jewish committees have sit and knit together, those lawyers and judges who have committed themselves to slander me for their appraisal, and for their own very proportions. Your statutes Yeshua is my delight; I had to realize they are my counselors, not the savior of my lord and justice.

Daleth: 12/11/24

I have been blessed and layed low in the dust particle; since the time of Adom. I am truly preserving myself accordingly, to your Torah precepts.

I have given you my transgressions, my heart desires is in you to proceed with your personal thoughts, that you would greatly answer me specifically; so teach me your heavenly divine wisdom. I have petitioned you many times Yeshua for you to grant me your Father's precision, I have desire for you to reason with him concerning his precepts as well. As I continue to meditate on your wonderful deeds; I summon you for your assistance and knowledge to prepare a way from your own understanding and longevity. I must heed the warnings of your decrees and judgments upon the Naysayers, within the United States. My soul has become weary with many sorrows for our Nation's prestige; strengthen me lord, Yeshua, strengthen me for your worship. Break the walls of silence between government relations and keep me from my stubborn ways; be vigilant unto me with your gracious conviction. Adoani, continue to teach me your laws and verdicts of your complete Torah. I sought you Adoani to choose your ways of faithfulness; My heart within has been seeking the desires of your laws. In this season, I must hold fast towards your statutes, Yeshua; do not allow my insecurities be put to shame. As a child, I have sought you in the days of my youthful covenant. I had an oath between me and you to broaden my knowledge, discipline, understanding, and your wisdom of virtues. I shall always run towards the path of your journey in the Wisdom of your great councils. Teach me, O Great

mighty hand of YHWH. I pray always that you shall never take your words from my mouth, because I truly believe in your laws of retribution. I cannot live knowing your law should abide with me forever, living throughout your unforgiveness. I must learn to obey your law to walk in the passage of my own freedom and equality of life.

I do not want to prove myself worthy of my livelihood, that it is pointless to you if I can't be your servant. It is truly pointless, stressing the issues of titles, and no accountability to live by the justice of faith. I must warned you my people, that Yeshua's judgement is place within the heart of Adoani. I shall walk and speak secretly about my freedom, for there is no greater love without the presence of your Anointed one and his Anointing. I shall speak about your statues before the kings of Babylon. I will not be put to shame before the presence of my enemies, for I shall delight myself worthy of your magistrate honor and councils of verdicts.

Zayin: 12/18/24

Remember me, O lord, in your words of truth, for you have given hope and deep devotions. I salute you Yeshua as my king of virtue, and all that you do; I am not satisfied without your holy presence. For so long, I have found my comfort in your song of songs is this: Your promises preserves my life and suffering of affliction, as I resort the blessings of your sacred marriages and covenant offerings. You promise to protect my life safely in your bosom, and you will continue to mocked the arrogant with no mercy. I cannot turn away from your law, because I know I will be responsible for my own actions, and certain consequences. I shall remember your visions of old in the ancient days of your Torah, and I truly find my comfort scribing your laws. Your indignation grips me with your fear, destroying and slaying the wicked who all have forsaken your covenant. Your decrees are the spoken words of my poetry and songs; I realize they are the theme of my therapy for literacy. They are truly therapeutic for me to embrace the memory of your poetic justice. Whenever I lodge myself in the nightfall, In the night,Yeshua; I shall remember your name, that I may learn how to keep your Torah protected within my heart always. This notion has always been my practices: I must obey the laws of your precepts.

Heth: 12/19/24

sincerely know within my heart that it is a daily walk and devotion I must take up my cross before you always.

I shall get up daily in your devotion to arise and walk. It must be known unto your daily activities, that I must trust you no matter what the circumstance may be for me; in this particular seasoning. Yeshua, If I could have the exact same faith of the centurion; I know I would able to move the mountains of despair. I am appalled with not trusting my lawyers verdict at their command, but I am requesting that you will remove Kyle Findley away with his thoughts of judgments and decisions over my trial case. Yeshua, you know the depths of my heart and only your Father can allow this to happen, if it be your will. I want what's rightfully due to me for my wife and our son, Jalem Tate-Williams. It's was he, Mr. Kyle, who has taken my livelihood for granted, and he is the one who appose my injury case for bribery and usery. Before I continue to be afflicted,and tossed like a pelican in the wind; I would only ask if you defend my stand and honor my petitions. I am demanding my prayer and your permission to illuminate theses illegal injunction, based upon my attorney's report. However, the arrogant ways of my lawyers behavior have smeared me with unjust periphery and prejudice. With their cunning ways of contempt, these attorneys have smitten me with so much lies and deceit. I must admit their mischievous ways have spoken such bribes that was contrary towards many malpractice as ambulance chasers. I seek you daily Yeshua, for you to breach their councils of judges. Yeshua, you are great at what you do in your Father's authority. You will judge the hearts of the callous and the unfeeling, for I must not be disappointed, nor should I be dismayed by Pharaoh's nemesis. I must continue to delight myself in the law of the lord, for he knows my affliction that I can't afford to accept the incurable wound. The law of your Torah shall awaken my consciousness for me to receive your good report, so according to all my attorneys; I know my case is worth more than thousands pieces of silver and gold. At the end of this prayer and petition, I know YHWH shall avenge the heritage of Yosef and Dwaid decendants. Finally, even in my old age of wisdom with grey hairs and discipline; the Almighty one says, " I am He who will substain you sincerely and abundantly; I have made you perfect in my sight, and I will rescue you to substain you forever."


'Yodh:12/21/24

You have formed me and made my hands for the petitioning of a prayer warrior; give me justice for all that I have encountered with my horrible and scandalous attorneys. I pray each and every day that I shall always have a true understanding of your commands. I do not want to be the sowing seed of the victim who has been cursed by any witch or sorceress. I rather for you to

unfailing love, you have preserved your life for mines; I must obey the statues of your speech. I saw a deeper depth for these attorneys to trap my injury case contrary to your own laws. You are the heart of my Torah, you are truly the heartbeat of my thrown and everything that exists within the knowledge of Yeshua.

## Lamedh: 12/24/24

Your everlasting Torah, Yeshua, is great; it truly stands for your eternal being that confirms the heavens. I am truly bless, O my soul, for you have given us a seed that will never perish from the womb of my mothers. Your faithfulness towards us shall be established through many generations; when you establish the earth, He'd endured a death that Adom was restored upon your kingdom in paradise. All the messengers and the heavens rejoice for the sacrificial lamb, that his- blood never departed from his own true descendants. We must submit overselves in our daily activities to endure our trials and tribulations, for your Torah approves all things that are rightfully and justly. Your laws has allowed me and your very own descendants to endure sufferings and the affliction of abuse from a strange government. If your laws have not protected me in your Torah as my delight, I would have abondon you towards my own afflictions and deciet. I shall never forget my affliction, of how you have guarded the winds to pass us over with me and my co- workers, I can never forget how you spared us all from the dreadful storm through the process of your Euroclydon. You saved me, for I am yours; you have preserved the longevity of my life span. You know a Father who love his prodigal son shall return and gain the strength and courage to become an better man from his teachings like a Rabbi. We are truly your royal priesthood and there's nothing to hard for the hand of Hashem to fixed anything without Yeshua's consent. I admire your sapience grace perfectly united within your authority and leadership of councils. I was homeless once and I have become a beggar; I couldn't defend myself, but the continuity I felt gave me a sense of hope to care for others and their altruistic values. Save me, for I am yours Yeshua; I have sought out your deepest devotion. All the wicked counselors are lying waiting to destroy me, but I will ponder my own thoughts for your glory. In all your perfectionsts, I surely can see a limited waste upon those who loose sight of your path; I know your commands are boundless in the reverie of my dreams and visions.

## Mem: 12/26/24

Oh, how I love your Torah, Yeshua!

over the poor, and the borrower has become a slave like a product of the lender. Whoever from your own government sows injustices shall reap the harvest of their own calamity, and the rod of corruption they fury shall be wielded in your incurable wounds.

I truly have suffered much in this seasoning; preserve my life, Yeshua, according to your truths. Accept me, lord Yeshua, the willingness of your praises shall continue in my mouth for your greatness, your words in my mouth shall teach me your laws. Though I consider that I would not take my own life for granted into your hands, I would never forget the compassion of your written Torah.

I saw the wicked kept trying to snare me with their schemes, but I can't stray away from your precepts. You are forever like the statues in my dreams; My heritage shall be filled with those joyous memories from the heart. My heart is totally set on your decrees to the very end of your life span.

Samekh: 12/29/24

I truly never wanted to be a double-minded person with a split personality. I had to learned to love your decendants unconditionally, with the love of your laws presented in your Torah. I go about daily petitioning you about this aortic stenosis, that you will give me a renewed heart with a double portion of your spirit with healing and restoration. I know, Yeshua, you have healed those with leprosy on the sabbath, I know you healed the blind man to see and you have also raised Lazarus from the dead. If I your servant have found any type of favor in your Father's glory, let it be known unto all the nations that you only healed them according to their unfeign faith. Yeshua, you saw how the centurion believed you at your word and he never doubted you once. I sit and scribe your words within my heart not be seen or recognized among earthly men, but rather with solutions to get rid of the unbelief between the series of compunction and dialogues. You are the shield and my buckler; I have put my refuge and hope with petitioning you with humility and duteous. I just wanted to write you a story in my time line and scribe the vision of my heart pertaining towards the covenant of Yosef and Dawid's declaration. Yeshua, the Son of Man, I write you a strong story pertaining to you, and how to petition you seperately between a secret prayer and petitioning. I found my complaint with the thumbs of my hand, both left and right hand; I found my complaint within the level two of my dics in the back of my neck and lower back, I found the internal trauma I face on a daily bassis; despite the criticism of

Yeshua; for your law is being broken on every decree of violence and social justice. Because I love to write about your passages in the scripts of your prophetic scholars, I have learned your judgments more than fine gold, more than any precious diamond, and because I consider all your ways are just and upright; I hate to walk down the wrong path, so I must submit to your authority in every precepts of your decrees.

Pe: 01/2/25

Your statues within my heart, Yeshua, are wonderful within your sight; therefore, I must learned to obey your laws and decrees with great discipline. There're the unfolding mysteries throughout the revelations of your Father's words, You are truly remarkable within Him. Your everlasting love abides with a sincere nobility to cure any from sickness or death. I had to learn and not lean upon my own thoughts of understanding, for your knowledge with mankind is truly idiosyncratic towards one supreme being. The light of Yeshua gives a gentle light with a simple understanding; His paradox towards life was very uncertain towards many Doctors of Pharasies and Sadducees, Democratic and Republican leaders of legislation with Congress and NATO. In the general assembly of other Nations and historical figures, our Human rights has been violated with certain oppression adapting towards a society of other Doctors, scientists, Journalists, high ranking authorities with superiority of lawyers and judges. In my first amendment in this testimony of my petition and prayer, I have espoused and espounded upon the Arnold and Itkin law firm; The law firm of Pharaoh who refused to treat their clients equally for a self- serve preservation. I had to learned to open my mouth towards wisdom and plant every seed longing towards Yeshua's commandments. In the assault of my enemies tactics, I had to submit to the authority of Yeshua's blessing for me to be established and govern by a system who would not prolong the trial of my hearing. I've learned to lean upon Yeshua's blessing for him to have mercy with me, as he always delivers those who love to worship and praise his name in rap lyrics, poetry and prose, the events of a word smith written in a literary form to reconcile and change the minds of governments and social justice advocates. My steps must be directed towards what is right and just; according to your words, let not the anger of sin rule over me, nor allow it to be abeyant. Redeem me, Yeshua, from human oppression with Certain lawyers and Judges. Allow me to obey your precepts and make the conviction of my heart desires-deliver me from strange doctrines. Shine forth your light upon me as your servant and teach the laws of your decrees. For many days I have shed so many tears of fears, like a brook or streams of waters flowing from my eyes, your Torah is your advocate for you to establish your decendants who obeyed your words of truth.

our dilvery, or spoken words of truths. I acknowledge the thoughts that i think towards you are remarkable. I saw that in the music industry of hip-hop, rap, or poetry or prose; I found out that our defiant genius of Anthropologists and humanism, is where our territorial ground must be suitable for the artistry of work ethics, not the conditions to allow the music industry to have control of all the assets, and gain control of the artists possessions. I petition you always that our result for your spoken word of life has become evil towards a generation of Akron, the violence will not ceased till the Son of Man comes and take his stand upon the children of Yisreal descendants. I will call upon you with all my heart Yeshua; answer my plea and petitions, and I still will have to go back to the basics of learning how to obey your decrees. I am not meant to be bound constantly with the oppression of my attorneys debates or ridicule; I rather see your justice demonstrate the army of your heavily messengers. I call out to you constantly, day and night; I rise before the dawn to cry out to you for my help. I call out to you, Yeshua; save me and I'll consider the ways of your statues. I have learned to put your words into my daily devotion. My eyes are steadily seeking discernment, like the bald eagle, for our Nation of America is desperately despised by foreign affairs. I have stayed upon the watchmen's channels to recover our nation's prestige, and constitute our government to be revisited and revised upon Torah's precepts.

Hear my voice roar in accordance with your love Yeshua; preserve my life, Hashem, according to your likeness and perfect laws. Those attorneys who have devised wicked schemes are near my approach with hatred, but they are truly afar from the laws of your verdicts. Yet your are near, Yeshua, and all your comrades will destroy the plots and plans of their oecumenical- operations and ports of authority. Long ago in the ancient of of days, I saw my spirit travel another dimension from your statues; that you have already established the spoken word of your followers, forever in the lambs book of life.

Shin and Shin: 01/5/25

I pledge myself not to remain as manumit unto sin, nor allow it's characteristics to keep me and the the heritage of my family decent into the bondage of men's philosophies. I am more numerous in the pleasant vine of his Anointed, and His set-apart spirit. I refuse to be adapted towards the rufusal of political opinions of oppression, nor to allow any lawyer, or judge narcissistic values our society towards their depth of crisis. Your rulers America have persecuted me without a cause within your own government of legislation, but my heart always trembles at your thunderstorms for judgement. I shall rejoice in Yeshua's promises and protection, for me to

the righteous path of your journey towards the path of Damascus and this Jericho journey; to brake down the walls of silence and usery. May the pen in my hand keep scribing your everlasting knowledge for the world inhabitants to seari ch for the novelty of your righteous commands with his bloody communion. May your mighty hand restore me directly into the path of your knowledge for true salvation. I have tried to delight myself in your chosen precepts, Yeshua; I long for your mystery to give me comfort in all my insecurities, and surpass the emotions of my own endeavors. In my mother's womb I was taught how to pray and petition you since I was a child, for now I have become your scholar and scribe to write the messages of your heart upon the tune of the lilies. I say this is my testimony, this is my story in you; because you have chosen me to do so. Let be so alive in you that I may surpass the valley of death and the dry bones that never had life to be substantiated from the cemetery. Many times I have strayed like a lost sheep in your pasture. Seek for your servant's advice and always guard your foot, never quiver or shiver away from his true Apostleship.


By: Ezra Jeru Bendwiad

(The scribe and petitioner)

'Shabbat Shalom to all the

Earth inhabitants!!!

 
 90 day alert: **Pay $570.00 by 04/30** to reduce credit reporting to 60 days late.

## 2016 Audi Q3

Account    200298709401

**Amount Due**

# $2,357.00

**Date Due**

# Now

 You are **past due**. Please contact us or make a payment.


Make a Payment

Remaining Principal Balance: $21,191.77

The Remaining Principal Balance represents the outstanding amount still owed on your vehicle. This is not the amount required to pay the account in full.

## Recent Activity    90 Days    All


**Dashboard**


Make a Payment


Payment Options

## 2333-CC Payment Authorization

**HT**  Highway 73 - The
Storage Center                           2:30PM
To You

📄  2333-CC Payment Authorization
PDF - 75 KB

Please print out, fill out, sign and place copy
of Driver's License in top corner and return to
8034@thestoragecenter.com.
Must be paid no later than 4/23/25 because
auction date is 4/24/25.

Thank you,

Vee Causey
Manager I The Storage Center I 8034 HWY 73
14487 HWY 73, Prairieville, LA 70769
225-250-1234



↩ ⌄  **Reply**



*Attach ID/ Drivers License Here*

## Credit Card Payment Authorization

Sign and complete this form to authorize a one-time charge to your Credit Card listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

I _____, Unit: <u>2333</u> authorize The Storage Center to charge my Credit Card indicated below for $ _1,109.20_ on _____ (Date).

Goods / Services Rendered: _____

### Credit Card Billing Details

Billing Address _____ Phone # _____

City, State, Zip _____ Email _____

### Credit Card Information

❑ - Visa ❑ - MasterCard ❑ - AMEX ❑ - Discover

Cardholder's Name - _____

Credit Card Number - ___ ___ ___ ___   ___ ___ ___ ___   ___ ___ ___ ___   ___ ___ ___ ___

Expiration Date - ____ / ____

Security Code (CVV) - ___ ___ ___          *Amex (4 digits on front of card)- ___ ___ ___ ___

### Individual's Signature _____ Date _____

10.2.24

# 2203-CC Payment Authorization

**HT** **Highway 73 – The Storage Center**
To You

2:22 PM

 **2203-CC Payment Authorization**
PDF - 74 KB

Please print out, fill out, sign and place Drivers' License in top corner and return. Must be paid no later than 4/23/25 because auction date is 4/24/25.

Thank you,

**Vee Causey**
**Manager I The Storage Center I 8034 HWY 73**
**14487 HWY 73, Prairieville, LA 70769**
**225-250-1234**



THE
STORAGE
CENTER

↩ ⌄ **Reply**


Mail


Calendar


Apps



Attach ID/Drivers License Here

## Credit Card Payment Authorization

Sign and complete this form to authorize a one-time charge to your Credit Card listed below.

By signing this form, you give us permission to debit your account for the amount indicated on or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

I _____, Unit: <u>2203</u> authorize The Storage Center to charge my Credit Card indicated below for $ _____581.00_____ on _____ (Date).

Goods / Services Rendered: _____

### Credit Card Billing Details

Billing Address _____ Phone # _____

City, State, Zip _____ Email _____

### Credit Card Information

❑ - Visa ❑ - MasterCard ❑ - AMEX ❑ - Discover

Cardholder's Name - _____

Credit Card Number - ___ ___ ___ ___   ___ ___ ___ ___   ___ ___ ___ ___   ___ ___ ___ ___

Expiration Date - ____ / ____

Security Code (CVV) - ___ ___ ___          *Amex (4 digits on front of card)- ___ ___ ___ ___

**Individual's Signature** _____ Date _____

10.2.24


### BlueCross BlueShield of Texas

P.O. Box 660027
Dallas, TX 75266-0027

CONFIDENTIAL

054z  Lessle Williams
5511 S Fm 565 Rd
Baytown, TX 77523-8451

Protected Health Information (PHI). These documents contain PHI. Federal and State laws prohibit inappropriate use of PHI. If you are not an authorized recipient of this notice, please notify us at (844)423-0880.

Corporate Reimbursement Subrogation
c/o Equian LLC
PO Box 2608
Dept. 1132-0693
Warminster PA 18974

September 24, 2024

ltldlltdlltlldltdllltlttdlltltdltltdltdlltllttdtltldtltdltdl

Lessie Williams          1847
5512 S Lan Sol Rd
Bayonne TX 7573 8484

2nd Request for Claim Information
Call immediately: 1-800-696-4573
¡Segunda notificación!
Llámenos hoy gratuitamente al
1-800-696-4573
Necesitamos información sobre su
lesión o enfermedad reciente.
TDD/TTY 1-800-897-5772

RE:  Health Plan        Blue Cross and Blue Shield of Texas
Policy Holder           Lessie Williams
Patient                 Lessie Williams

One of the Service Dates we are inquiring about:
Treatment Date          06/29/2024
Medical Provider        Memorial Hermann Health System
**Event Number:**       **20831725 - Please have this number ready**

Dear Valued Member,

This is your second notice. **It is very important** that you contact Equian immediately. Blue Cross and Blue Shield of Texas (BCBSTX) partners with Equian to review information regarding your treatment, and determine whether the services are the result of an accident or injury caused by another party. Please have our event number, listed above, along with your BCBSTX identification card ready for reference.

**Please call customer service toll-free at 1-800-696-4573**

**Monday - Friday:   7:00 a.m. - 7:00 p.m. Central**

**You may also respond anytime at www.Equian.com, select "Respond Online", enter web code Y9QHV, followed by your event number 20831725.**

Please call Equian regardless of how or where this injury or illness occurred. We need to hear from you.

Sincerely,

Corporate Reimbursement Subrogation
Blue Cross and Blue Shield of Texas

Note: Please call Equian at **1-800-696-4573** today.

*Inquiries made by Equian on behalf of your health plan are in full compliance with HIPAA.*

4700 Kohler Road, Suite Bay, Springfield, Illinois 62705, bcbstx.com

Blue Cross and Blue Shield of Texas, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association



Visit title and registration hub



## Transactions

View All

| | |
|---|---|
| **Repossession Fee Assessed** | **$300.00** > |
| Posted on April 1st | |

| | |
|---|---|
| **Impound Bailout Fee Assessed** | **$2,076.86** > |
| Posted on April 1st | |

| | |
|---|---|
| **Loan Extension Granted** | **$0.00** > |
| Posted on February 26th | |

| | |
|---|---|
| **Late Fees Assessed** | **$38.06** > |
| Posted on February 11th | |

| | |
|---|---|
| **Payment Returned** | **$761.26** > |
| Posted on February 5th | |

**View All Transactions**

### Account details

View All






# EVICTION DELAY

Our clients typically get
6-8 weeks EXTRA
time in their home, giving
them time to get caught
up or move.



The eviction process can
be difficult to handle, but
our experienced advisors
will guide you through it.

TEXT
## "Eviction411"
## to
## (713)570-6922

The assistance provided by STOP EVICTION TEXAS is not intended to be a substitute for
professional legal advice, representation, or services provided by a licensed attorney.

Law Office of Omar Colon

Omar Colon
**OCR LEGAL, PLLC**



OCR LEGAL

**(469) 926-6126**
www.ocrlegal.com
ocrlegal@gmail.com

**Current Resident**
Lessie Williams
24151 Bella Dolce Ln Apt 505
Katy, TX 77494-7905

To look for your case go to
https://jpodysseyportal.harriscountytx.gov/OdysseyPortalJP
<u>**Your case number is 255200083775**</u>

Hablo Español

Greetings, I'm Omar Colon, attorney at law:

Upon reviewing the Harris County Court Clerk web page about cases filed:

### EVEN IF YOU HAVEN'T RECEIVED A NOTICE, AN EVICTION WAS FILED AGAINST YOU, AND

### I MAY BE ABLE TO STOP IT!

### EVEN IF YOU INTEND TO LEAVE THE PROPERTY, I MAY BE ABLE TO GIVE YOU MORE TIME TO MOVE;

I know you're in distress, and I am genuinely sorry for the economic situation you and your family are going through. It's difficult to trust someone when you're feeling hopeless. You need a trustworthy professional that'll bring comfort; I may be that person. With over a decade of experience helping clients with their economic situations, I take pride in meeting with them one-on-one and being honest. I offer that "personal" treatment where you can contact me, the attorney, via email, text messages, phone calls, or whatever works for you.

I am Omar, the attorney, and I'll do my best to resolve your problem for good. Talk to me, and clear any doubts you may have.

**For $200, I can help you get more time to move out or get into an agreement with the landlord to pay the amount you owe. The best part is that <u>"YOU DON'T NEED TO GO TO COURT"</u>.**

I am here to help you stop the eviction, stop the abuse, and stop any creditor harassing you. Call me for a free consultation and discover a world of alternatives for your case. Don't wait, for time is everything.

Here for you,

Omar Colon- Attorney at Law

# Texas Eviction Protection



TexasEvictionProtection.com     (346) 214-1513

Williams, Lessle
24151 Bella Dolce Ln # 505
Katy, TX 77494

Court Date: 3/25/2025    Case #: **255200083775**

Dear Williams, Lessle,

According to court records you have court coming up on 3/25/2025 @ 1:00 PM. Even if you are **unable attend court**, you have options to have more time!

**If you do nothing you may be forced to leave your home shortly after your court date.**

The deadline to act is ~5 days after court. Book a call today to hear how to get more time!

Call (346) 214-1513  or scan for a free consultation:



## Other tenants in Harris County have been able to receive 45-90 days extra to either catch up on rent or save money to move out.

Call or text today!       **(346) 214-1513**



Vinesign Document ID: 13706EFF-060C-4220-8355-40CE236B87F0

**AUTHORIZATION TO RELEASE PATIENT HEALTH INFORMATION**

Name:  **Lessie Williams**

Social Security Number: _____  Date of Birth _____

1. **Party to Receive Information:**

   I hereby authorize: _____

   To release to:  Sara Kuebel or a Person Designated by Her
   Jones, Walker, L.L.P.
   201 St. Charles Ave., 50th Floor
   New Orleans, Louisiana 70170

2. **Types of Information:**

   The type and amount of information to be used or disclosed is as follows:

   _____ Entire medical record

   <div align="center">AND/OR</div>

| | | |
|---|---|---|
| _____ History/Physical | _____ Progress Notes | _____ Other(please specify) |
| _____ Discharge Summary | _____ Nurses Notes | _____ |
| _____ Consultation Report | _____ Medication Records | _____ |
| _____ Operative Report | _____ Laboratory results | _____ |
| _____ Physician's Orders | _____ X-ray results | _____ |

I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services and treatment for alcohol and drug abuse.

FOR THE PURPOSE OF: _____
_____

3. **REVOCATION:**

   This authorization may be revoked at any time by my written consent except to the extent that action has already been taken in reliance thereon. I understand that if I revoke this authorization I must do so in writing and present my written revocation to the Health Information Management Department or Medical Records Department at facility authorized above. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire on the following date, event or condition: _____ If I fail to specify an expiration date, event, or condition, this authorization will expire in 1 year. My treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization. My treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization. I hereby agree that a photostatic copy of this authorization may serve as an original. All records obtained will be provided to plaintiff's counsel within 7 days of receipt.

4. **FAILURE TO SIGN AUTHORIZATION:**

   I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign the authorization. I need not sign the form in order to assure treatment. I understand that I may inspect or copy the information to be used or disclosed, as provided in CFR 164.524. I understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have any questions of my health information, I can contact the HIM Director, the Privacy Officer, or the Medical Records Department, of the health care provider.

_L W_ _____  Date  ___01/09/2025_____
Signature of Patient or Legal Representative

_____  _____
If signed by Legal Representative, Relationship to Patient  Signature of Witness

[N2157830 1]

Th

**Open M365 Copilot** 

   



Select Report:

 ~ Change charts here

## Repaired & Deleted Items



## Credit & Dispute Report



## Credit Report Summary

| Equifax | | Experian | | TransUnion | |
|---|---|---|---|---|---|
| Start Date: | 02/18/2022 | Start Date: | 02/18/2022 | Start Date: | 02/18/2022 |
| Equifax Score: | 618 (-2) | Experian Score: | 693 (-75) | Transunion Score: | 637 (+27) |
| Total Positive Items: | 0 | Total Positive Items: | 0 | Total Positive Items: | 0 |
| Total Negative Items: | 16 | Total Negative Items: | 11 | Total Negative Items: | 14 |
| Repaired / Deleted to date: | 7 | Repaired / Deleted to date: | 4 | Repaired / Deleted to date: | 5 |
| Percent Completed: | 44% | Percent Completed: | 36% | Percent Completed: | 36% |
| Items In Dispute: | 9 | Items In Dispute: | 7 | Items In Dispute: | 9 |



From: **sunasirsen ascendantcap.com** sunasirsen@ascendantcap.com
Subject: **from the Owner of Regalia Bella Terra, Sunasir Sen**
Date: **Mar 18, 2025 at 12:03:53 PM**
To: **state35@gmail.com**
Cc: **Sonna Gabourel** sgabourel@mpcres.com, **Amanda Fox**
    afox@mpcres.com

Dear Mr. and Mrs. Smith,

I am the owner of Regalia Bella Terra. The management company has brought to my attention your matter, and I wanted to reach out to see if there is something I could do to help.
I understand that unexpected events can happen, and I wanted to propose a plan so that you can avoid an eviction on your record, sending of your balance to collections, and remain in good standing with your credit.
You have a balance due at this time of $5,018.55 and your lease expires on May 19, 2025
As a one-time exception, I am willing to offer you a discount on your balance of 20% and have the remaining balance of $4,014.84 paid as follows:

$2,017.42 on 3/19/25 and
$2,017.42 on 4/10/25.

You will be responsible for any final utility bills and or any other move out charges not yet charged to your account at move out.

If you accept my offer and pay $2,017.42 by tomorrow with a certified check or money order or any other proof of payment, delivered to Amanda, the Manager, your eviction will be dismissed pending the other payment of the remaining $2,017.42 on 4/10/25, which will need to be paid on that date to avoid a refiling of the eviction.

If you have any questions, please feel free to call me at the number below. I hope that this offer will help, and we can resolve this matter promptly.

Sincerely,


Sunasir Sen
Ascendant Capital, Inc.
845 United Nations Plaza #76B
New York, New York 10017
(917) 664-9461
www.ascendantcap.com
www.regaliabellaterra.com



# BANK OF AMERICA

Cashier's Check          No. 4673002297

Notice to Purchaser : If the check that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement This check should be negotiated within 90 days

Void After 90 Days          30-17140          Date 02/28/25 01:14:21 PM
                                    NTX

I-10 &amp; PIN OAK

707     1000122     .068

Pay     ▷▷▷▷ **BANK OF AMERICA** 2 4 3 6 ▷ 6 2          **$2,436.62**

**Two Thousand Four Hundred Thirty Six and 62/100 Dollars**

To The
Order Of     REGALIA BELLA TERRA

Remitter (Purchased By):  LESSLE E WILLIAMS

Bank of America, N.A.
SAN ANTONIO, TX                                    AUTHORIZED SIGNATURE

⑃"4673002297⑃" ⑆114000019⑆ 1641003763⑈"

▌ THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. ▌ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS. ▐

RECEIVED 03/10/2025

Total Balance: $4014.84 ( current balance as of 3/18/25
                              per sunasir sen email.)

payment: $2436.62
$1578.22 Due  04/10/2025

From: **Amanda Fox** afox@mpcres.com
Subject: **Re: from the Owner of Regalia Bella Terra, Sunasir Sen**
Date: **Mar 18, 2025 at 3:01:57 PM**
To: sunasirsen ascendantcap.com sunasirsen@ascendantcap.com
Cc: state35@gmail.com, Sonna Gabourel sgabourel@mpcres.com

Good afternoon Mrs. Williams,

I apologize on behalf of our team for addressing you by the wrong last name. Thank you for coming into the office today to speak with myself and to make a payment in the amount of $2,436.62.  The total balance due on 04/10/2025 is $1,578.22. A copy of cashier's check no. 4673002297 is also attached for reference. This **does not** include the balance that is due on April 1st, 2025. Please be sure to make payment for your April 2025 balance to avoid additional late fees. Since your account will still reflect a balance, this payment will be due in certified funds only.

Please reply to this email if you have any additional questions.

Thank you,

**AMANDA FOX**
Property Manager


REGALIA

(e) afox@mpcres.com
(o) 346.680.5718
24151 Bella Dolce Ln
Katy, Texas 77494
*Magnolia*

On Tue, Mar 18, 2025 at 12:03 PM sunasirsen ascendantcap.com <sunasirsen@ascendantcap.com> wrote:

Dear Mr. and Mrs. Smith,

I am the owner of Regalia Bella Terra. The management company has brought to my attention your matter, and I wanted to reach out to see if there is something I could do to help.

I understand that unexpected events can happen, and I wanted to propose a plan so that you can avoid an eviction on your record, sending of your balance to collections, and remain in good standing with your credit.

You have a balance due at this time of $5,018.55 and your lease expires on May 19, 2025

As a one-time exception, I am willing to offer you a discount on your balance of 20% and have the remaining balance of $4,014.84 paid as follows:

$2,017.42 on 3/19/25 and

$2,017.42 on 4/10/25.

You will be responsible for any final utility bills and or any other move out charges not yet charged to your account at move out.

If you accept my offer and pay $2,017.42 by tomorrow with a certified check or money order or any other proof of payment, delivered to Amanda, the Manager, your eviction will be dismissed pending the other payment of the remaining $2,017.42 on 4/10/25, which will need to be paid on that date to avoid a refiling of the eviction.

If you have any questions, please feel free to call me at the number below. I hope that this offer will help, and we can resolve this matter promptly.

Sincerely,

Sunasir Sen

Ascendant Capital, Inc.

845 United Nations Plaza #76B

New York, New York 10017

(917) 664-9461

www.ascendantcap.com

www.regaliabellaterra.com

**BANK OF AMERICA**

Cashier's Check            No. 4673002297

Void After 90 Days        30-17/1140        Date 02/28/25 01:14:21 PM

                                            NTX

I-10 &amp; PIN OAK

707    1000122    068

Pay ▷ ▷ ▷ ▷ **BANK OF AMERICA** 2 4 3 6 6 2
TWO  FOUR THREE  SIX  SIX TWO

**$2,436.62**

**Two Thousand Four Hundred Thirty Six and 62/100 Dollars**

To The Order Of: REGALIA BELLA TERRA

Remitter (Purchased By): LESSLE E WILLIAMS

Bank of America, N.A.
SAN ANTONIO, TX

AUTHORIZED SIGNATURE

⑈4673002297⑈ ⑆114000019⑆ 164100376 3⑆

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. ▓ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

Advance Order
Received 03/18/2025

Total Balance: $4014.84 ( current balance as of 3/18/25 per Sunasir Sen email.)

payment: $2436.62
$1578.22  Due  04/10/2025

**BANK OF AMERICA**           Cashier's Check                    No. 4673002297

Void After 90 Days     30-17/1140     Date 02/28/25 01:14:21 PM
                                       NTX

I-10 &amp; PIN OAK
707     1000122     068

Pay     ⇨⇨⇨⇨⇨ **BANK OF AMERICA** 2436 62     **$2,436.62**

**Two Thousand Four Hundred Thirty Six and 62/100 Dollars**

To The
Order Of     REGALIA BELLA TERRA

Remitter (Purchased By):  LESSLE E WILLIAMS

Bank of America, N.A.
SAN ANTONIO,TX

_AUTHORIZED SIGNATURE_

⑆4673002297⑆ ⑈114000019⑈ 164100376 3⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

Amanda Ceter
RECEIVED 03/18/2025

TOtal Balance: $4014.84 ( current balance as of 3/18/25
                                per sunasir sen email.)

payment: $2436.62
          $1578.22   Due   04/10/2025

**From:** sunasirsen ascendantcap.com sunasirsen@ascendantcap.com
**Subject:** RE: from the Owner of Regalia Bella Terra, Sunasir Sen
**Date:** Mar 18, 2025 at 3:29:28 PM
**To:** Amanda Fox afox@mpcres.com
**Cc:** state35@gmail.com, Sonna Gabourel sgabourel@mpcres.com

Good afternoon,

I had the pleasure to speak with Mrs. Williams. Sonna and I have discussed her proposal and the agreement is as follows for input into the system:

We acknowledge the payment of $2,436.62 today. The remaining balance of $1,578.22 will be paid in 7 monthly instalments on the 1st of every month as follows:

Mrs. Williams will pay her usual rent on the 1st of the month starting April 1 , 2025 and in addition, $225.45, which will be added to her monthly pay.
Provided that, the rent is paid timely on April 1 and May 1, the lease will be renewed on 5/2/25 for an additional 6 months until 11/19/25.
Mrs., Williams will continue to add $225.24 to the monthly payments until the payment on October 1, 2025.

Thank you


Sunasir Sen
Ascendant Capital, Inc.
845 United Nations Plaza #76B
New York, New York 10017
(917) 664-9461
www.ascendantcap.com
www.regaliabellaterra.com



**From:** Amanda Fox <afox@mpcres.com>
**Sent:** Tuesday, March 18, 2025 4:02 PM
**To:** sunasirsen ascendantcap.com <sunasirsen@ascendantcap.com>
**Cc:** state35@gmail.com; Sonna Gabourel <sgabourel@mpcres.com>
**Subject:** Re: from the Owner of Regalia Bella Terra, Sunasir Sen

Good afternoon Mrs. Williams,

I apologize on behalf of our team for addressing you by the wrong last name. Thank you for coming into the office today to speak with myself and to make a payment in the amount of $2,436.62. The total balance due on 04/10/2025 is $1,578.22. A copy

of cashier's check no. <u>4673002297</u> is also attached for reference. This **does not** include the balance that is due on April 1st, 2025. Please be sure to make payment for your April 2025 balance to avoid additional late fees. Since your account will still reflect a balance, this payment will be due in certified funds only.

Please reply to this email if you have any additional questions.

Thank you,

**AMANDA FOX**
Property Manager



(e) afox@mpcres.com
(o) 346.680.5718
24151 Bella Dolce Ln
Katy, Texas 77494
Magnolia

On Tue, Mar 18, 2025 at 12:03 PM sunasirsen ascendantcap.com <sunasirsen@ascendantcap.com> wrote:

Dear Mr. and Mrs. Smith,

I am the owner of Regalia Bella Terra. The management company has brought to my attention your matter, and I wanted to reach out to see if there is something I could do to help.

I understand that unexpected events can happen, and I wanted to propose a plan so that you can avoid an eviction on your record, sending of your balance to collections, and remain in good standing with your credit.

You have a balance due at this time of $5,018.55 and your lease expires on May 19, 2025 As a one-time exception, I am willing to offer you a discount on your balance of 20% and have the remaining balance of $4,014.84 paid as follows:

$2,017.42 on 3/19/25 and
$2,017.42 on 4/10/25.

You will be responsible for any final utility bills and or any other move out charges not yet charged to your account at move out.

If you accept my offer and pay $2,017.42 by tomorrow with a certified check or money order or any other proof of payment, delivered to Amanda, the Manager, your eviction will be dismissed pending the other payment of the remaining $2,017.42 on 4/10/25, which will need to be paid on that date to avoid a refiling of the eviction.

If you have any questions, please feel free to call me at the number below. I hope that this offer will help, and we can resolve this matter promptly.

Sincerely,


Sunasir Sen
Ascendant Capital, Inc.
845 United Nations Plaza #76B
New York, New York 10017
(917) 664-9461
www.ascendantcap.com
www.regaliabellaterra.com



Arnold & Itkin
600Memorial Drive, Houston TX 77007
713-222-3800
www.arnolditkin.com
Arnold,&Itkin

**Lessie Williams**
5511 S FM 565 Road Baytown TX 77523

March 12,2023

To whom it may concern:

I am writing you all a letter to confirm my status, and I hope sincerely that some would read my letter carefully, especially of what I have going on this very moment. I am sincerely in a bind trying to catch up with all my debts, and I know you all want me to bear with the minimum to spend, cordially! At this point, I cannot bear with the minimum and I also will assure you that I totally cannot!!!! I know I've had recently conversation with my attorneys, about these issues of warranty and it's just not enough for me to maintain throughout my whole entire circumstances.......No! matter how you all may see it from your point of view, I sincerely cannot afford to keep allowing my credit score to go down tremendously, because of my doctor's bill, credit cards, and other miscellaneous items that I have trouble paying some of my debts on a timely matter. With, I've recently received more doctor bills, child-support, and losing my medical insurance was really a hard blow and necessity that I currently need at this moment. In areas of my livelihood, I feel like I am being tossed like a piece of bread, or something to bargain with unnecessary measures within my case. I failed to have trust with anyone at this point within my life, and I really want to move onward into my way of living like a decent human being. With no disrespect to Kyle, John, Adam, or anyone who's involve with my case currently, I don't plan to jive you all for money, but it's not my fault that I cannot live the bare minimum, like you all expected me to do so. If you all would go back and see what I've lost in the process from the beginning of this case; however, I lost a lot more than you will ever know at this point. I truly do understand the concept of waiting, anticipating, wandering, and hoping this case would come to its finale end with no exception, but to have some sort of Faith and Fate complex of extreme measures.

It's truly hard not knowing or resisting the facts! That I am being disrespectful, whenever it comes to asking about my case personally, like any other client who haven't ask you all since the beginning of this trial. In fact, I watch all the medias of some of the trails and cases that are like my case, and I truly wander, if I am going to be treated with the exact same respect, or get a simple response like other clients, you all have represented. I want to get to the point of showing you all in detail within a corresponding letter and outline of everything that I can't continue to live like a peasant or vagabond, hoping for a miracle to happen within some sort of measure or collateral dept. In all essence, I want to receive as much, as I can due to my recent hardships, anxiety of stress levels, no consistency to have a steady job position within my skills of work, or any core values that represents what I lost over

[illegible] years and the future to come. Yes, of course, I've tried to go back to work in small [illegible] working on a computer in the control-room module area. I tried [illegible] duties due to my current injuries [illegible] choice, because I HAVE A RECENT WARRANT [illegible] for my child support [illegible] on the Thor barge. [illegible] wood company, I began [illegible] to go any further with this [illegible] any further due to my ankle was [illegible] I couldn't hardly pick up anything that [illegible] right hand, it began to be difficult to touch [illegible] not move it at times often. I never reinjured anything [illegible] use that against me would be a total lie and disparity [illegible] even enjoy my life at this moment and don't know, if I will ever get healed properly to get another job position like I just had for only 2 to 3 months availability. I am at the end of my ropes, and I truly feel hopeless, and you all expect to live the bare minimum when I cannot at this point!!!!!!! As of now, I had good credit, and my scores went from a 692 range all the way down less than a 400 range. I want you all to ask me this question? Can I buy me a home with no credit, no job, no insurance, or nothing other than the minimum you all give me a month and Mr. Kyle expects me to constantly live like this and I can't go any further like this anymore.........

In my conclusion, I have so much debt that Mr. Kyle and John Grinnin seems to think that I am not spending my funding properly and they want to assure me that they are doing all that they can do at this point! Well, I find it very difficult for any man to offend and show me how to spend funds whenever I have so much gone out than coming in at this moment. I must travel and see about my child, and deal with the child custody battle as well. Also, my son was put on medication for malpractice that I even send over a jump- drive that one of your attorneys promise that they would investigate the info and the results I got back, was they didn't quite understand the files or petition I put together myself, from my pass attorneys, who didn't do their job when I was their current client. Right now, I have so many necessities and needs that must be met and I truly need extra funds to travel and find me a doctor who will see about the pain I have been feeling for a while, since this was not a part of my personal injury I've sustain on the Thor. I am truly in the need of extra $2500 to pay half off my debt on all my remain credit cards, to go and see about my child-support and my child in PA, and follow with a correspondent in the state of MS. I am currently in a rental vehicle which has a recall like I stated earlier in this letter, and I am going back and forward with Ford Motor company about this issue. I have a lot going on at this point and I hope someone would reach out to me very soon, because I cannot go any further living in a state of destitution.

**Lessie Williams**
**Your client**

Vinesign Document ID: 0AD4FEA3-BD9E-4239-A886-A4798EC5BD15

## EMPLOYMENT AUTHORIZATION

**NAME:**    Lessie Williams

**SOCIAL SECURITY NUMBER:**  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

TO WHOM IT MAY CONCERN:

This will authorize the bearer, including but not limited to Jones Walker LLP and including any partner, associate, or other employee thereof, to obtain a certified, complete copy of the following physical and electronic records related to the above-referenced individual's employment, or solicitation or application for work, and all personnel records, including, but not limited to, the following: requirements of position(s) applied for; resume(s); physical or electronic employment application(s); application or resume - cover letters; documentation of reference checks; notes or records regarding interviews; personnel files; disciplinary records; performance evaluations; termination-related documents; documents referring to hours worked; payroll records, including records reflecting bonuses; documents referring to or describing any and all benefits, including, but not limited to, health insurance or any other type of insurance; and investigative files or notes. It is expressly noted that this authorization does not apply to or authorize the release of employee medical information or any personal health information protected by HIPAA. I hereby agree that a photocopy of this authorization may serve as an original.

SIGNATURE:

DATE:

**Vinesign Certification**
To You
Apr 7

 Employment authorization-Lessl...
PDF - 8 KB

 Vinesign
by Filevine

Hi Lessle,

Arnold & Itkin is requesting your signature on a document. Please select the link to review and sign. Thank you!

 Review Document

 ∨ **Reply**

Mail          Calendar          Apps



**Wood Group PSN, Inc.**
17325 Park Row
Houston TX 77094
United States

T: +1 281 647 8300

www.woodgroup.com

*Strictly Private and Confidential*

August 23, 2017

To: All WGPSN Employees assigned to Chevron Big Foot Project (only)
Subject: **Big Foot Completion Bonus**

Wood Group PSN, Inc. (WGPSN) is pleased to announce a completion bonus for all employees currently working on Chevron's Big Foot Project.

Effective August 1, 2017 all WGPSN employees assigned to the Commissioning Services Team will receive a 20% uplift on their hourly rate for every hour worked up to a maximum of 12 hours/day (example – if an employee works a 16 hour day; 12 hours will be accrued toward their bonus). The bonus shall be held in escrow and paid out as a lump sum upon completion of continuous service assignment and according to the following terms:

- Big Foot completion bonus accrual will begin for all WGPSN employees who are assigned to the project as of August 1, 2017 or first day worked on project if hired after August 1, 2017.
- Bonus will be held in escrow until employee reaches job completion status in good standing. Job completion shall be met by one of the following criteria for completion bonus: Reduction of Force (ROF) and agreement to demobilization by Client Representative and WGPSN, or completion of all offshore Commissioning activities as defined by Client Representative and WGPSN.
- Employees who quit, resign, or are released for either poor performance or for violation of company policies or procedures (Client or WGPSN), are not eligible for payout of any of their retained bonus.
- Hours worked in excess of 12 hours per day are not eligible for the bonus.
- Bonus will be paid upon release in good standing from the Big Foot project, within 30 days from release date.
- Bonus payment is subject to all applicable payroll taxes and standard deductions.

Please keep the details of this bonus confidential.

Thank you for your continued dedication to the Big Foot project and your efforts in keeping WGPSN a safe company.

Sincerely,

Digitally signed by Nestor Vasquez
DN: cn=Nestor Vasquez, o=Wood
Group PSN, ou=Commissioning
Services,
email=nestor.vasquez@woodgroup.c
om, c=US
Date: 2017.08.23 16:19:59 -05'00'

Nestor Vasquez

**Senior Vice President**
**Wood Group PSN, Inc.**
**Commissioning Services**



**WOOD GROUP**

Wood Group PSN Inc.
17325 Park Row
Houston TX 77084
United States
T: +1 281 647 8300
www.woodgroup.com

_**Strictly Private and Confidential**_

May 24, 2017

Lessle Wiliams
12097 Amsterdam Avenue
Geismar, LA 70734

**Offer of Employment with Wood Group PSN Inc.**

Dear Lessle,

On behalf of Wood Group PSN Inc., it is my pleasure to confirm our recent discussions regarding our offer of employment for the position of **Mechanical Technician** assigned to Commissioning Services Team to support the Chevron Big Foot Project.

1. **Start Date:** Your tentative start date will be June 6, 2017.

2. **Position Status & Classification**: The position of Mechanical Technician is classified as a Regular Full-Time Non-Exempt position. This position is eligible for overtime under the provisions of the Fair Labor Standards Act.

3. **Hourly Rate:** $34.00 per hour, paid bi-weekly.

4. **Per Diem:** $105.00 per working day to cover reasonable out of pocket expenses. Per Diem is inclusive of lodging, meals and local transportation costs and it is applicable only to the onshore project phase and location. Alternatively, if employee has been demobilized from the platform due to POB restrictions and he/she has a legal primary residence more than 75 miles from the work site (not including the Houston office) then Per Diem will be provided.

5. **Travel Time Rate:** The travel time rate is based on your hourly rate. Eligibility for travel time is based on the employee having a legal primary residence located outside of the 76 mile radius from the work site. During the onshore phase of the project travel time will be based on actual commute time and capped at a 6 hour round trip.

6. **Mileage:** Mileage will be reimbursed based on the actual commute miles from your home location to the work site located at Ingleside, Texas with a cap at 1,200 miles per round trip. Eligibility for mileage is based on the employee having a primary residence located outside of a 76 mile radius from the work site. Mileage will be paid as per the standard IRS mileage rates.



7. **Office Location:** The Company's corporate office is located at 17325 Park Row, Houston, Texas 77084. For purposes of these terms and conditions your place of work will be 2440 Kiewit Rd, Ingleside, TX 78362. You will be expected to travel to other business locations as required.

8. **Work Schedule:** 14 days on followed by 14 days off based on 12 hour days, typically between the hours of 6:00 a.m. to 6:00 p.m. This may change depending on Client and project needs.

9. **Reporting Line:** You will report directly to Gabe Seals, Commissioning Manager or an identified delegate.

10. **Benefits:** You will be eligible to participate in the Company's US Health & Welfare Benefits Programs, subject to the terms and conditions of the plans, including the completion of any qualifying period. The programs include Health, Dental, Vision, Life, Disability Insurance and 401(k). The costs associated with these benefits are shared by the employee and employer.

11. **Business Travel:** You will be reimbursed for business expenses reasonably and properly incurred. You will be required to submit Travel Expense Reports for approval and processing in a timely manner. You will be covered by the Company's Business Travel Policy during Company business travel.

12. **Employment Status:** This transfer letter is an offer for "at will' employment with no guarantees of a minimum term and does not constitute a contract for employment. Our employment relationship is at the will of either party and is not for any fixed period of time. Either party can change or terminate the employment relationship at any time, with or without cause and with or without prior notice. The Company will comply with any state legislation that conflicts with at-will employment.

This offer of employment is conditional upon the following:

1. **Pre-Employment Screening:** Successfully pass a drug test and a satisfactory criminal background check, as required by Company policy.

2. **Disclosure:** As part of your employment with the Company, you will be required to disclose certain personal details. All of this information will be held in the appropriate file.
   - Social Security Number
   - Proof of legal residence and work authorization
   - Proof of experience, qualifications, and education
   - Any known medical condition that may impact on your performance of assigned duties

3. **Confidentiality and Business Ethics:** It is understood that neither the rate of pay or business activities on which you may be assigned are not to be discussed with other persons. At all times you will be expected to abide by all policies and ethics of the Company and maintain confidentiality of any matters relating to Company and its business.

4. **Governance:** The Company will comply with all US statutory obligations and employment laws. This offer will be withdrawn without further notice if any of the above conditions are not satisfied.

This offer is open for your acceptance for a period of two (2) days from the date of this letter at which time, if it has not been accepted, it will be deemed to be withdrawn and no longer available for acceptance. Unless and until we receive a signed copy of this letter, your employment will not commence.

We look forward to your acceptance and becoming a member of the Wood Group PSN team as we strive to achieve our vision of being **"the best technical services company to work with, work for and invest in with a relentless focus on excellence"**.

Please contact me via Robyn.Archer@woodgroup.com or 281-647-8372 if you require any further details or clarification with respect to this offer of employment.

Please acknowledge receipt of this letter by signing and returning a copy to the People & Organization Department.

Sincerely,
For and on behalf of Wood Group PSN Inc.

Robyn Archer
People & Organization Generalist
Construction, Maintenance & Operations

**Acknowledgement**
I acknowledge, accept and agree to the terms and conditions stated herein.

**Accepted by:**

Signed _____

Lessle Williams                          Date

cc. Employee File



**Wood Group PSN, Inc.**
17325 Park Row
Houston, TX 77084
United States

T: 832-809-8000

www.woodplc.com

**Private and Confidential**

**Addendum to Terms and Conditions of Employment with Wood**

February 7, 2018

Lessie Williams
12097 Amsterdam Ave.
Geismar, LA 70734
lessiewilliams@outlook.com

Dear Lessie,

On behalf of Wood, I would like to advise you of the following changes to your employment letter terms and conditions based on the new offshore project assignment:

1. **Effective Dates:** Your anticipated change date will be from your first rotation offshore at the Chevron Airbase in Galliano, LA.

2. **Per Diem:** You will no longer be eligible for per diem allowance during the offshore phase of the project.

3. **Travel Time Rate:** You will no longer be eligible for travel time during the offshore phase of the project. A full day will be paid for day-of-crew change on the last day of rotation.

4. **Mileage:** Mileage will be reimbursed based on the actual miles from your primary residence to the work site located at Chevron Airbase, 900 Airport Road, Galliano, LA 70354, with a cap at 1,200 miles per round trip. As per IRS guidelines, eligibility for mileage reimbursement is based on you having a primary residence located outside of a 75 mile radius from the project location listed above. Mileage will be paid as per the standard IRS mileage rates.

5. **Offshore Mobilization Expenses:**
   a) **Lodging:** Lodging will be expensed up to $200 per night. This applies to both arrival and departure travel, depending on travel circumstances. A receipt is required for reimbursement validation.
   b) **Meals and Incidentals:** Meal expenses, in conjunction with overnight stays, will be approved within the following guidelines: Breakfast is limited to $10, Lunch is $15, and dinner is $25. A receipt is required for validation purposes.

6. **Office Location:** The Company's corporate office is located at 17325 Park Row, Houston, Texas 77084. For purposes of these terms and conditions your place of work will be Walker Ridge Block 29. You will be expected to travel to other business locations as required.

7. **Work Schedule:** 14 days onshore/ 14 days offshore, 12 hours on/ 12 hours off, typically between the hours of 6:00 a.m. to 6:00 p.m. This may change depending on Client and project needs.

All other terms and conditions of your current employment remain unchanged.

'Wood' is a trading name for John Wood Group PLC and its subsidiaries.

  



**Corporate Headquarters**

March 9, 2021

<u>**OFFER OF EMPLOYMENT**</u>

**Lessie Williams,**

Grand Isle Shipyard is pleased to extend to you a conditional offer of employment as a <u>Production Operator</u>. This job offer is contingent upon the receipt of results of a satisfactory pre-employment process which may include a physical examination designed solely to determine your physical ability to perform the duties of the position being offered to you.

**Salary**
Your starting hourly wage will be USD <u>$30.00</u> payable <u>weekly</u>.

**Location and Hours**
The position will be based at the following location: <u>Mentone, TX</u>
Typical Hours per week: 40hrs

**Extra Hours**
Hours worked exceeding <u>40,</u> in a work week requires your supervisor's authorization. Overtime will be paid according to federal wage-hour regulations.

**Benefits**
As a full-time employee you are entitled to the company benefits plans including medical, dental, vision, life insurance, 401K, disability insurance, paid time off and holiday pay. Further details will be provided when completing the New Hire Packet. The company reserves the right to amend its benefits plans and/or policies with or without notice to you.

**At Will Statement**
We look forward to having you join Grand Isle Shipyard and become a member of our team. However, we recognize that you retain the option, as does the Company, of ending your employment with the Company at any time, with or without notice and with or without cause. As such, your employment with the Company is at-will and neither this letter nor any other oral or written representations may be considered a contract for any specific period of time.

In compliance with federal law, all persons hired will be required to verify identity and eligibility to work in the United States and to complete the required employment eligibility verification document form upon hire. Should you have any questions about starting with the Company, please do not hesitate to contact me or a representative of Grand Isle Shipyard's Human Resources Department.

This offer of employment, if not previously accepted by you, will expire seven days from the date of this letter, although additional time for consideration of the offer can be made available if you find it necessary. I believe this letter covers all of the relevant issues, however, if you have any questions please e-mail or call me. Please confirm your acceptance of this offer by returning a signed copy to the undersigned at the above address at your earliest convenience.

Sincerely,

Justin Cawley
Regional Senior Account Manager

I agree to the terms of the employment set forth above, and I hereby accept employment as a <u>Production Operator</u> with Grand Isle Shipyard.

Signature_____

Date_____

# JOB DESCRIPTION

**Job Holder:**     **TBD**
**Job Title:**      **Lead Operator/CRO Operator**
**Reporting to:**   **Assistant and/or Production Supervisor**
Second Line Reporting to: **WG Operations Manager**

## PRINCIPAL RESPONSIBILITIES

### Lead Operator/CRO

The key responsibilities of the Lead Operator/CRO are:

- Ensuring the security of company assets by operating in a safe and efficient manner
- Maximization of oil and gas production in line with company targets and completion of the daily production report
- Compliance with the Safety Management System
- Manage, co-ordinate and operate the CCR safely and in accordance with company policy, procedures and standing instructions
- Monitoring, control and reaction to the process control, emergency shutdown and Fire and Gas System
- Solving operational problems fully utilizing the planned maintenance system
- Participation in risk assessments when appropriate
- Ensuring the CCR is continuously manned by trained and competent personnel
- Control and monitoring of hydrocarbon process plant and utility systems
- Initiating appropriate action in the event of process and utility system alarms and trips
- Initiating unit, train and emergency shutdown of process and utility systems during abnormal operation, or as a result of an emergency situation on the installation
- Issuing Authority for the Hess Permit to Work (PTW) system, in conjunction with the Production Supervisor
- Ensuring the Area Authority correctly applies process isolations to the standards as per the procedure
- Assist in annual and interim appraisals on Operations staff in conjunction with Production Supervisor
- Co-ordination of fluid sampling on the hydrocarbon process plant and utility systems, and analysis in the laboratory by the Laboratory Technician

- Control and monitoring of the production chemistry
- Oversee and provide mentoring, direction and training to A, B & C Operators on shift along with any National Trainees assigned within his areas of responsibility
- Monitoring and recording of key parameters for hydrocarbon process plant and utility systems
- The prospective employee is expected to participate in Process Safety Management activities that involve process design, process technology, operational and maintenance activities and procedures, non-routine activities and procedures, emergency preparedness plans and procedures, training programs, and other elements which could impact the process.

Other elements of PSM which may touch the employee consist of:
- Mechanical Integrity
- Management of Change
- Investigation of Incidents
- Process Hazards Analysis
- Operating Procedures and Practices
- Compliance Audits
- Emergency Response
- Pre-start-up Safety Reviews
- Contractors and Short Service Contractors

**Desired Certifications or Experience:**

8 to 10 years discipline experience in oil and gas or equivalent industry

Minimum of 4 years experience as a qualified deck/outside operator

Must possess strong computer skills

ABB Advant 500 Series Control System

Cameron Sub-Sea Control

Framo pump systems

Electra Hydraulic Sub-Sea Control Systems

# FW: Equatorial Guinea opportunity

Hi Lessle,

Thanks for your time and this is the details and Job Description regarding the position in EG when we were in contact back in March.


Best Regards,

Gary


**From:** GREIG, Gary
**Sent:** 04 March 2021 11:38
**To:** Lessle Williams <woodplc+email+2nmux-a25239a57f@talent.icims.com>
**Subject:** Equatorial Guinea opportunity

Hi Lessle,

Thanks for your time today and appreciate your interest, as mentioned we have requirements for CRO \ Deck Operators with future potential to move up to Lead level working on our Trident Project in EG, I have attached a copy of the  Job Profile (although it is more aimed at the Lead level) and links to the Trident EG site.

Please let me know once you have your passport.

https://www.trident-energy.com/strategy-and-assets/assets/equatorial-guinea

https://www.woodplc.com/


Best Regards,

Gary

gary.greig@woodplc.com

**From:** Lessie Williams <woodplc+email+2nmux-a25239a57f@talent.icims.com>
**Sent:** 04 March 2021 10:08
**To:** GREIG, Gary <Gary.Greig@woodplc.com>
**Subject:** Re: International opportunity

Could you give me a call about 4:30am my time sir ? I'm currently available at this moment

Get Outlook for iOS

**From:** lessie williams <lesslewilliams@outlook.com>
**Sent:** Wednesday, March 3, 2021 2:31:02 PM
**To:** Gary Greig <woodplc+email+2nmt6-53b3e6cf85@talent.icims.com>
**Subject:** Re: International opportunity

Good afternoon sir, I want s to confirmed that I am available and was hoping to get back in touch with me very soon. Mr. Lessie Williams

Get Outlook for iOS

**From:** Gary Greig <woodplc+email+2nmt6-53b3e6cf85@talent.icims.com>
**Sent:** Wednesday, March 3, 2021 6:42:40 AM
**To:** lesslewilliams@outlook.com <lesslewilliams@outlook.com>
**Subject:** International opportunity

**Hi Lessie,**

**I work for Wood. and I'm responsible for resourcing key personnel for our international operations, I sourced your details from our candidate database and having reviewed your works history I'm very interested to know what your current status is as we have a requirement for a Deck Production \ CR Operators for one of our proejcts in Equatorial Guinea, West Africa.**

If you are interested in this opportunity please let me know asap when you would be free to have a quick chat with me, I'm based in the UK and I'm 6 hours ahead of CT time.

I look forward to your response.

Best Regards,

Gary Greig FIRP
Senior Resourcing Advisor – Direct: +44 (0)1224 777718

www.woodplc.com

This message is the property of John Wood Group PLC and/or its subsidiaries and/or affiliates and is intended only for the named recipient(s). Its contents (including any attachments) may be confidential, legally privileged or otherwise protected from disclosure by law. Unauthorized use, copying, distribution or disclosure of any of it may be unlawful and is strictly prohibited. We assume no responsibility to persons other than the intended named recipient(s) and do not accept liability for any errors or omissions which are a result of email transmission. If you have received this message in error, please notify us immediately by reply email to the sender and confirm that the original message and any attachments and copies have been destroyed and deleted from your system.

If you do not wish to receive future unsolicited commercial electronic messages from us, please forward this email to: unsubscribe@woodplc.com and include "Unsubscribe" in the subject line. If applicable, you will continue to receive invoices, project communications and similar factual, non-commercial electronic communications.

Please click http://www.woodplc.com/email-disclaimer for notices and company information in relation to emails originating in the UK, Italy or France.

As a recipient of an email from a John Wood Group Plc company, your contact information will be on our systems and we may hold other personal data about you such as identification information, CVs, financial information and information contained in correspondence. For more information on our privacy practices and your data protection rights, please see our privacy notice at https://www.woodplc.com/policies/privacy-notice

# FW: Equatorial Guinea opportunity

Hi Lessle,

Thanks for your time and this is the details and Job Description regarding the position in EG when we were in contact back in March.


Best Regards,

Gary


**From:** GREIG, Gary
**Sent:** 04 March 2021 11:38
**To:** Lessle Williams <woodplc+email+2nmux-a25239a57f@talent.icims.com>
**Subject:** Equatorial Guinea opportunity


Hi Lessle,

Thanks for your time today and appreciate your interest, as mentioned we have requirements for CRO \ Deck Operators with future potential to move up to Lead level working on our Trident Project in EG, I have attached a copy of the  Job Profile (although it is more aimed at the Lead level) and links to the Trident EG site.

Please let me know once you have your passport.

https://www.trident-energy.com/strategy-and-assets/assets/equatorial-guinea

https://www.woodplc.com/


Best Regards,

Gary

**From:** Lessle Williams <woodplc+email+2nmux-a25239a57f@talent.icims.com>
**Sent:** 04 March 2021 10:08
**To:** GREIG, Gary <Gary.Greig@woodplc.com>
**Subject:** Re: International opportunity

Could you give me a call about 4:30am my time sir ? I'm currently available at this moment

Get Outlook for iOS

**From:** lessle williams <lesslewilliams@outlook.com>
**Sent:** Wednesday, March 3, 2021 2:31:02 PM
**To:** Gary Greig <woodplc+email+2nmt6-53b3e6cf85@talent.icims.com>
**Subject:** Re: International opportunity

Good afternoon sir, I want s to confirmed that I am available and was hoping to get back  in touch with me very soon. Mr. Lessle Williams

Get Outlook for iOS

**From:** Gary Greig <woodplc+email+2nmt6-53b3e6cf85@talent.icims.com>
**Sent:** Wednesday, March 3, 2021 6:42:40 AM
**To:** lesslewilliams@outlook.com <lesslewilliams@outlook.com>
**Subject:** International opportunity

**Hi Lessle,**

**I work for Wood. and I'm responsible for resourcing key personnel for our international operations, I sourced your details from our candidate database and having reviewed your works history I'm very interested to know what your current status is as we have a requirement for a Deck Production \ CR Operators for one of our proejcts in Equatorial Guinea, West Africa.**

If you are interested in this opportunity please let me know asap when you would be free to have a quick chat with me, I'm based in the UK and I'm 6 hours ahead of CT time.

I look forward to your response.

Best Regards,

Gary Greig FIRP
Senior Resourcing Advisor – Direct: +44 (0)1224 777718

**www.woodplc.com**

---

This message is the property of John Wood Group PLC and/or its subsidiaries and/or affiliates and is intended only for the named recipient(s). Its contents (including any attachments) may be confidential, legally privileged or otherwise protected from disclosure by law. Unauthorized use, copying, distribution or disclosure of any of it may be unlawful and is strictly prohibited. We assume no responsibility to persons other than the intended named recipient(s) and do not accept liability for any errors or omissions which are a result of email transmission. If you have received this message in error, please notify us immediately by reply email to the sender and confirm that the original message and any attachments and copies have been destroyed and deleted from your system.

If you do not wish to receive future unsolicited commercial electronic messages from us, please forward this email to: unsubscribe@woodplc.com and include "Unsubscribe" in the subject line. If applicable, you will continue to receive invoices, project communications and similar factual, non-commercial electronic communications.

Please click http://www.woodplc.com/email-disclaimer for notices and company information in relation to emails originating in the UK, Italy or France.

As a recipient of an email from a John Wood Group Plc company, your contact information will be on our systems and we may hold other personal data about you such as identification information, CVs, financial information and information contained in correspondence. For more information on our privacy practices and your data protection rights, please see our privacy notice at https://www.woodplc.com/policies/privacy-notice

# RE: A Operator Positions

**Kyle Arceneaux**

lesslewilliams@outlook.com

Wed, Apr 12, 2023, 2:12 PM

Good Afternoon Eugene, This is Kyle Arceneaux with PDI. I wanted to reach out to you in regard to several positions we have open and wanted to see if any may interest you.

14/14 - Decommissioning Operator - This position would be 5+ years and would be at various locations in the gulf. They want a set of eyes from an experienced production person on the platforms while they prepare them for decommissioning.

14/14 - Deepwater Operator - A and Control Room positions open We also have multiple mechanic positions open if you know of anyone looking.

If you would like to hear about our benefits and 401k matching, please let me know! I'm willing to bet you would save money with our benefits.


Thanks,

Kyle Arceneaux

Cell: 985 665 8420

Fax 985.447.7729

karceneaux@pdi-s.com



PDI I **TEJAS** I Dream Adventures

Confidentiality Note: This email may contain confidential and/or private information. If you received this in error please notify the sender and delete or destroy this message and any copies.

**Kyle Arceneaux**

**Iessie williams**

**Wed, Apr 12, 2023, 3:23 PM**

Sorry been on the phone. Will call you back in a min

**2 Emails**

## EMPLOYMENT AUTHORIZATION

**NAME:**    Lessle Williams

**SOCIAL SECURITY NUMBER:**   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

TO WHOM IT MAY CONCERN:

This will authorize the bearer, including but not limited to Jones Walker LLP and including any partner, associate, or other employee thereof, to obtain a certified, complete copy of the following physical and electronic records related to the above-referenced individual's employment, or solicitation or application for work, and all personnel records, including, but not limited to, the following: requirements of position(s) applied for; resume(s); physical or electronic employment application(s); application or resume  cover letters; documentation of reference checks; notes or records regarding interviews; personnel files; disciplinary records; performance evaluations; termination-related documents; documents referring to hours worked; payroll records, including records reflecting bonuses; documents referring to or describing any and all benefits, including, but not limited to, health insurance or any other type of insurance; and investigative files or notes. It is expressly noted that this authorization does not apply to or authorize the release of employee medical information or any personal health information protected by HIPAA. I hereby agree that a photocopy of this authorization may serve as an original.

Sign here

SIGNATURE

DATE

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | |
|---|---|
| All Coast, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 21-258 (all consolidated cases) |
| Shore Offshore Services, LLC | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:
Wood Group PSN, Inc., through its registered agent,
United Agent Group, Inc., 1070-B West Causeway Approach, Mandeville, Louisiana 70471

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A

| Place: Pusateri, Johnston, Guillot and Greenbaum, LLC 1100 Poydras Street, Suite 2250 New Orleans, LA 70163 | Date and Time: 10/19/2022 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/28/2022

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Modern American Railroad Services, L.L.C. and Shore Offshore Services, LLC , who issues or requests this subpoena, are:

Jonathan D. Parker, 1100 Poydras Street, Suite 2250, New Orleans, LA 70163, jparker@pjgglaw.com, (504) 620-2500

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 21-258 (all consolidated cases)

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## EXHIBIT "A"

Please produce ***CERTIFIED COPIES*** of the following records:

1. A certified copy of the entire personnel file and payroll records, including but not limited to, personnel records, temporary work records, application(s), pre- and post-hiring physicals, job and/or assignment records, jobs and/or employment offered, jobs and/or employed worked, time tickets, work logs, pre-employment questionnaires, medical records, worker's compensation claims, salary, fringe benefits, performance/job evaluations any disciplinary action reports, incident reports with subsequent investigation reports and investigation of any and all injuries, accident and medical reports, payroll records reflecting term(s) of employment, name of employer(s), earnings, any and all correspondence and/or emails and/or telephone conversations, and any and all other documentation concerning Lessle Williams' staffing and/or employment with this company, subsidiaries and affiliated companies that it maintains. Mr. Williams' date of birth is August 28, 1972 and Social Security No. is 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.

2. In addition, please find an enclosed employment records release executed by Mr. Williams.

3. A certified copy of the entire personnel file and payroll records, including but not limited to, personnel records, temporary work records, application(s), pre- and post-hiring physicals, job and/or assignment records, jobs and/or employment offered, jobs and/or employed worked, time tickets, training records, work locations, work logs, pre-employment questionnaires, medical records, worker's compensation claims, salary, fringe benefits, performance/job evaluations any disciplinary action reports, incident reports with subsequent investigation reports and investigation of any and all injuries, accident and medical reports, payroll records reflecting term(s) of employment, name of employer(s), earnings, any and all correspondence and/or emails and/or telephone conversations, and any and all other documentation concerning Wallace McCray's staffing and/or employment with this company, subsidiaries and affiliated companies that it maintains. Mr. McCray's date of birth is June 13, 1964, Social Security No. is 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.

4. In addition, please find an enclosed employment records release executed by Mr. McCray.


**NOTE: NO APPEARANCE IS NECESSARY IF A CERTIFIED COPY OF ALL REQUESTED DOCUMENTATION AND/OR MATERIALS SET FORTH IN "EXHIBIT 'A'" IS RECEIVED BY COUNSEL LISTED BELOW BY 10:00 AM ON OCTOBER 19, 2022:**

<div align="center">

**Pusateri, Johnston, Guillot, & Greenbaum**
**1100 Poydras Street, Suite 2250**
**New Orleans, LA 70163**
**504-620-2500**

</div>

LESSLE WILLIAMS
5511 S FM 565 ROAD
BAYTOWN TX 77523



Prepared For: LESSLE WILLIAMS      Participant ID: WGP00005943      Invoice No: 0009581267      Invoice Activity: 12/13/2022-1/11/2023

| PREVIOUS BALANCE | PAYMENT ACTIVITY | NEW ACTIVITY | NEW BALANCE |
|---|---|---|---|
| $719.70 | $0.00 | $386.22 | **$1,105.92** |

| DATE | ITEM NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 01-01-2023 | BEN7989228 | Benefits – January 2023 | $386.22 |

**\*\*\* FINAL NOTICE \*\*\***
Please Pay Upon Receipt

**Your Billable Benefits:**

| | |
|---|---|
| Medical | $43.20 |
| Dental | $121.12 |
| Vision | $17.48 |
| LTD Buy Up | $24.62 |
| Supp Emp AD&D | $8.56 |
| Supp Life | $38.59 |
| Child Life | $1.65 |
| Legal | $21.86 |
| Child AD&D | $0.40 |
| Critical Illness | $57.20 |
| Identity Theft | $16.95 |
| Accident | $17.46 |
| Hospital Indemnity | $17.13 |
| Total: | $386.22 |

| | 1-30 DAYS | CURRENT | AMOUNT DUE |
|---|---|---|---|
| | $719.70 | $386.22 | **$1,105.92** |

**\*\*\* FINAL NOTICE \*\*\***

Our records indicate that your account is past due. This is your FINAL notice. To maintain continuous coverage in the benefit plans listed above, payment in FULL is required at this time. If payment is not received in full by the due date, coverage will be terminated retroactively to the last month for which full payment was received. Please detach the remittance coupon and return it with a check made payable to Wood at the address listed below. If you have any questions, please contact the Wood Benefits Service Center at 855-213-9673. To enroll in Auto-Pay, please visit https://Wood.ehr.com/ESS. Please note there is an $11.00 fee for returned checks.

**Mail Payment to:**
Wood
P.O. Box 775567
Chicago IL 60677-5567

**Overnight Delivery:**
Wood
PNC Bank
Lockbox Number 775567
350 East Devon Ave
Itasca IL 60143

Please fold on the perforation, detach and return with your payment

| Remittance Coupon | Participant ID **WGP00005943** | Please Pay Upon Receipt | Please enter your Participant ID on your check. |
|---|---|---|---|

Make check payable to:
Wood

Amount Due
**$1,105.92**

Do not send correspondence with this payment.

Mail Payment to:

LESSLE WILLIAMS
5511 S FM 565 ROAD
BAYTOWN TX 77523

Wood
P.O. Box 775567
Chicago IL 60677-5567

# AUTHORIZATION FOR THE RELEASE OF EMPLOYMENT RECORDS

To: WOOD GROUP PSN, INC.

I hereby authorize the release of copies of my complete personnel file, including, but not

limited to, applications, prior employment history, payroll records, evaluations, training,

discipline, drug screens, pre-employment physicals, records of work place

accidents/injuries, reasons for termination, and _____

_____

to Pusateri, Johnston, Guillot & Greenbaum, LLC, 1100 Poydras Streets, Suite 2250, New

Orleans, Louisiana, 70163.

**Please Note:** A photocopy of this form and my signature may serve as an original copy for

purposes of records requests.

Signature: _____

Name: Lessle Williams

Date: 05/14/22

Date of Birth: 08/28/1972

Social Security Number: 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

## AUTHORIZATION FOR THE RELEASE OF EMPLOYMENT RECORDS

To:  WOOD GROUP PSN, INC.

I hereby authorize the release of copies of my complete personnel file, including, but not

limited to, applications, prior employment history, payroll records, evaluations, training,

discipline, drug screens, pre-employment physicals, records of work place

accidents/injuries, reasons for termination, and _____

_____

to Pusateri, Johnston, Guillot & Greenbaum, LLC, 1100 Poydras Streets, Suite 2250, New

Orleans, Louisiana, 70163.

**Please Note:** A photocopy of this form and my signature may serve as an original copy for

purposes of records requests.

Signature:  _Wallace McCray_

Name:  Wallace McCray

Date:  9/28/2022

Date of Birth:  6/13/1964

Social Security Number:  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

# FW: EMAIL Anggie FW Employment-Payroll and Benefits records to respond to Subpoena for Records - RESPONSE DUE OCT 19TH

VERA, Anggie
lesslewilliams@outlook.com
Wed, Oct 12, 2022, 12:23 PM

Lessle Williams - 332383_W2_2018.pdf
Lessle Williams – 332383_WG_Payroll_Register_Excel_6JUN17 to 13OCT18.xls
Lessle Williams Drug Test Results.pdf
Med Exam-05.30.2017.pdf
MISC.pdf
ONBOARD.pdf
PAYROLL DD.pdf
Williams, Lessle - Direct Deposit - 09.19.14.pdf
Williams, Lessle - Mississippi State Tax Withholding -09.19.14.pdf
Williams, Lessle E 332383-Payroll_Register.txt
Williams, Lessle E 332383-Payroll_Register_Excel.xlsx
Williams, Lessle E 332383-Payroll_Register_Total.txt
Williams, Lessle Eugene 1078781-Payroll_Register.txt
Williams, Lessle Eugene 1078781-Payroll_Register_Excel.xlsx
Williams, Lessle Eugene 1078781-Payroll_Register_Total.txt
Bg Check Consent-05.25.2017.pdf
DISA Mem App-05.25.2017.pdf
EMPVERI.pdf
EMPVERI1.pdf
EXP DD- Williams Lessle.pdf
EXP DD.pdf
HIRE.pdf
Lessle Williams – 332383._Payroll_Register_6JUN17 to 13OCT18.txt
Lessle Williams – 332383._Payroll_Register_Total_6JUN17 to 13OCT18.txt

Good afternoon Lessle, I hope your surgery went well yesterday and pray for a speedy recovery. Per our discussions last week, attached are the personnel, payroll and benefits documents that we have collected to produce in response to the subpoena Wood was served with pertaining to your lawsuit, "All Coast, LLC v. Shore Offshore Services, LLC", that I sent to you last week. Please take a look at the documents and forward to your attorney or his legal assistant for review. Let them know we will be responding and producing these records before Oct 19th. They can also call me directly if they have any questions, you can send them my contact information below.

Also, if you would prefer for me to send these documents to your attorney, please send me his contact information: I will need his name and phone number and I will contact them on your behalf, just let me know.

Thank you.

Anggie Vera
Sr. Litigation Paralegal
Wood
17325 Park Row, Suite 500
Houston, Texas 77084
Mobile: +1 346 205 3087
Email: anggie.vera@woodplc.com
www.woodplc.com

This email and its attachments may contain information which is confidential and/or legally privileged. If you are not the intended recipient of this e-mail please notify the sender immediately by e-mail and delete this e-mail and its attachments from your computer and IT systems. You must not copy, re-transmit, use or disclose (other than to the sender) the existence or contents of this e-mail or its attachments or permit anyone else to do so.

-----Original Message-----
From: JONES, Jennifer <Jennifer.Jones@woodplc.com>
Sent: Tuesday, October 11, 2022 6:49 PM
To: VERA, Anggie <Anggie.Vera@woodplc.com>
Subject: 2022-09-29 Williams_EMAIL Jen FW Records re Lessle Williams-NO records re Wallace McCray due by Oct 19 2022 (Employment and Payroll records)

Anggie,

Please find attached the personnel and payroll records for Lessle Williams. I have password protected the docs with confidential information (wood123).

Thank you,
Jennifer Jones

**P&O Compliance & Analytics Lead**
**Mobile: (713) 299-3399**
**www.woodplc.com**


-----Original Message-----
From: VERA, Anggie <Anggie.Vera@woodplc.com>
Sent: Friday, September 30, 2022 1:18 PM
To: JONES, Jennifer <Jennifer.Jones@woodplc.com>
Subject: FW: 2022-09-29 Williams_EMAIL R Thomas FW SUBPOENA-Records and Releases re Lessle Williams AND Wallace McCray due by Oct 19 2022 (Employment and Payroll records)

Hi Jennifer, we have received a Subpoena for Records and Release Authorizations for employment and payroll records. There are two custodians listed in the attached subpoena, please see page 4, Exhibit A.

Request for complete employment and payroll records, including timesheets and W2s 1. Lessle Williams - DOB 08/28/1972 and SSN: xxx-xx-5269 2. Wallace McCray - DOB 06/13/1964 and SSN: xxx-xx-8309

Our deadline for this is by October 19, 2022. If any questions, please let me know. Thank you and have a great weekend!

Thank you.
Anggie

-----Original Message-----
From: Rhiannon Thomas <rhiannon.thomas@pjgglaw.com>
Sent: Thursday, September 29, 2022 3:41 PM
To: VERA, Anggie <Anggie.Vera@woodplc.com>
Subject: 2022-09-29 Williams_EMAIL R Thomas FW SUBPOENA-Records and Releases re Lessle Williams AND Wallace McCray due by Oct 19 2022 (Employment and Payroll records)

CAUTION: External email. Please do not click on links/attachments unless you know the content is genuine and safe.

Angie,

Please see the attached Subpoena that was served on the Registered Agent for Wood Group, PSN today.

Thank you,

Rhiannon Thomas
Legal Assistant
PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC


Direct: (504) 620-2378
Main: (504) 620-2500
Fax: (504) 620-2510
1100 Poydras St., Ste. 2250
New Orleans, LA 70163
WWW.PJGGLAW.COM

Confidentiality Notice: The information contained in this email and any attachments may be legally privileged and include confidential information intended only for the recipient(s) identified above. If you are not an intended recipient, you are hereby notified that any dissemination, distribution, or copying of this email or its attachments is strictly prohibited. If you have received this email in error, please notify the sender by return email and permanently delete the email and any attachments immediately. Please do not retain, copy, or use this email or any attachments for any purpose, nor disclose all or any part of its contents to any other person. Pusateri, Johnston, Guillot & Greenbaum, LLC operates as a limited liability company.

-----Original Message-----
From: VERA, Anggie <Anggie.Vera@woodplc.com>
Sent: Tuesday, September 13, 2022 1:50 PM

To: Rhiannon Thomas <rhiannon.thomas@pjgglaw.com>
Cc: VERA, Anggie <Anggie.Vera@woodplc.com>
Subject: NEED SUBPOENA FOR RECORDS RE LESSLE WILLIAMS- FW: 2022-09-13 Williams_SOP NTC
TO WG PSN INC RE 2022-1723 Re: Lessle Williams-Release Authorization for Employment and Payroll
records

EXTERNAL


Good afternoon Ms. Thomas, Wood Group ("WG") was served with the attached Employment
Authorization release executed by Mr. Williams, requesting employment and payroll records.  However,
it is WG's policy to only produce records after we are served with a subpoena for records.  Please send
the subpoena for records pertaining to Mr. Lessle to my attention, via email at the address listed
below.  In the meantime, we will conduct an investigation to see if we have any records pertaining to
Lessle Williams.

Send Subpoena via email to my attention:
Anggie Vera
Sr. Litigation Paralegal
Wood
17325 Park Row, Suite 500
Houston, Texas  77084
Mobile: +1 346 205 3087
Email: anggie.vera@woodplc.com
https://urldefense.com/v3/__https://link.edgepilot.com/s/8a1f35ac/pfqIW83nqkKi769fsjfzkw?
u=http:**Awww.woodplc.com*__;Ly8v!!NgwEkeqe!VdXHQNRwcTNFRFmNMu9P-
pRVn47aOjPLqR3fvQNxeEqYNEtIQsr-EkWJaWZRkUdOQUMaqaBeTv__taqsg3Q4Y8RUYqfSRVLe$

If any questions, please let me know.  Thank you.


Anggie Vera
Sr. Litigation Paralegal
Wood

This email and its attachments may contain information which is confidential and/or legally privileged.
If you are not the intended recipient of this e-mail please notify the sender immediately by e-mail and
delete this e-mail and its attachments from your computer and IT systems. You must not copy, re-
transmit, use or disclose (other than to the sender) the existence or contents of this e-mail or its

attachments or permit anyone else to do so.

-----Original Message-----
From: United Agent Group <process@unitedagentgroup.com>
Sent: Tuesday, September 13, 2022 11:25 AM
To: HANNIGAN, Vince <Vince.Hannigan@woodplc.com>
Cc: NINO, Catalina <Catalina.Nino@woodplc.com>; VERA, Anggie <Anggie.Vera@woodplc.com>
Subject: 2022-09-13 Williams_SOP NTC TO WG PSN INC RE 2022-1723 Re: Lessle Williams-Release
Authorization for Employment records

CAUTION: External email. Please do not click on links/attachments unless you know the content is
genuine and safe.

Dear Valued Client,

Item 2022-1723
We received service of process in our capacity as registered agent for:

Wood Group PSN, Inc.

*SPECIAL NOTES* Please review the enclosed documents in order to calculate the response due date.

--------------------------------------------------------------------------------
Please click the link below to download the service of process image:

https://urldefense.com/v3/__https://link.edgepilot.com/s/815f9145/BlpMFh6Gc0qwVEwYnGKc4w?
u=https:**Aurldefense.com*v3*__https:**Asecure-docs.unitedagentgroup.com*4-17-
186981*sop*224424854.pdf__*3B!!NgwEkeqe!SSH3o6HFRtNtlSu5JMLEWAiyQ_Y333mo8mdekMdv3
1-5Kb5q_uLgDD2dKwuniVhrue0Z-tq2a2pcc6nbzc-
g8q0T54Y*24__;Ly8vLy8vLy8vJSU!!NgwEkeqe!VdXHQNRwcTNFRFmNMu9P-
pRVn47aOjPLqR3fvQNxeEqYNEtIQsr-EkWJaWZRkUdOQUMaqaBeTv__taqsg3Q4Y8RUYmrMDGma$

Additionally, if you have chosen to maintain this data within GEMS you can login here:

https://urldefense.com/v3/__https://link.edgepilot.com/s/2005f822/1sw42Gwr-kmtwxbHEubmeg?

u=https:**Aurldefense.com*v3*__https:**Agems.computershare.com*__*3B!!NgwEkeqe!SSH3o6HFRt
NtISu5JMLEWAiyQ_Y333mo8mdekMdv31-5Kb5q_uLgDD2dKwuniVhrue0Z-tq2a2pcc6nbzc-
gAtzsaZs*24__;Ly8vLy8vLyUl!!NgwEkeqe!VdXHQNRwcTNFRFmNMu9P-
pRVn47aOjPLqR3fvQNxeEqYNEtIQsr-EkWJaWZRkUdOQUMaqaBeTv__taqsg3Q4Y8RUYuPN_22j$

---------------------------------------------------------------------------------

1. Client Entity: Wood Group PSN, Inc.

2. Title of Action: Re: Lessle Williams

3. Document(s) Served: Law Firm Letter
Authorization for Release of Employment Records

4. Court/Agency: PJGG Attorney at Law

5. State Served: Louisiana

6. Case Number: N/A

7. Case Type:

8. Method of Service: Certified Mail

9. Date Received: Monday, 09/12/2022

10. Date to Client: Tuesday, 09/13/2022

11. # Days When Answer Due: See Notes

Answer Due Date: See Notes

CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To
avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing
counsel that the date of service in their records matches the Date Received.

12. SOP Sender:

Rhiannon M. Thomas
New Orleans, LA
504-620-2500

13. Shipped to Client By: Email Only with PDF Link

15. Handled By: 191

16. Notes: Please review the enclosed documents in order to calculate the response due date.

---------------------------------------------------------------------------------

Thank you for choosing Computershare for registered agent services.

Service of Process Team (KJO)
Computershare Governance Services, Inc.
100 Beard Sawmill Road
Shelton, CT 06484
United States
Phone: 1-866-820-7754, "Option 2"

https://urldefense.com/v3/__https://link.edgepilot.com/s/76fcbc34/9eBGPk6f3kG5wsK1l4J1vw?u=https:**Aurldefense.com*v3*__http:**Awww.cgs.computershare.com__*3B!!NgwEkeqe!SSH3o6HFRtNtlSu5JMLEWAiyQ_Y333mo8mdekMdv31-5Kb5q_uLgDD2dKwuniVhrueOZ-tq2a2pcc6nbzc-g-cterTI*24__;Ly8vLy8vJSU!!NgwEkeqe!VdXHQNRwcTNFRFmNMu9P-pRVn47aOjPLqR3fvQNxeEqYNEtlQsr-EkWJaWZRkUdOQUMaqaBeTv__taqsg3Q4Y8RUYhsKE5En$

This message is the property of John Wood Group PLC and/or its subsidiaries and/or affiliates and is intended only for the named recipient(s). Its contents (including any attachments) may be confidential, legally privileged or otherwise protected from disclosure by law. Unauthorized use, copying, distribution or disclosure of any of it may be unlawful and is strictly prohibited. We assume no responsibility to persons other than the intended named recipient(s) and do not accept liability for any errors or omissions which are a result of email transmission. If you have received this message in error, please notify us immediately by reply email to the sender and confirm that the original message and any attachments and copies have been destroyed and deleted from your system.

If you do not wish to receive future unsolicited commercial electronic messages from us, please

forward this email to: unsubscribe@woodplc.com and include "Unsubscribe" in the subject line. If applicable, you will continue to receive invoices, project communications and similar factual, non-commercial electronic communications.

Please click https://urldefense.com/v3/__https://link.edgepilot.com/s/67b14b8c/yglNpuPXc0CS5JQXew159Q?u=http:**Awww.woodplc.com*email-disclaimer__;Ly8v!!NgwEkeqe!VdXHQNRwcTNFRFmNMu9P-pRVn47aOjPLqR3fvQNxeEqYNEtIQsr-EkWJaWZRkUdOQUMaqaBeTv__taqsg3Q4Y8RUYvpP9uO0$ for notices and company information in relation to emails originating in the UK, Italy or France.

As a recipient of an email from a John Wood Group Plc company, your contact information will be on our systems and we may hold other personal data about you such as identification information, CVs, financial information and information contained in correspondence. For more information on our privacy practices and your data protection rights, please see our privacy notice at https://urldefense.com/v3/__https://link.edgepilot.com/s/c487359d/tyFnHyOpKEKQdttbJ7KpAQ?u=https:**Awww.woodplc.com*policies*privacy-notice__;Ly8vLw!!NgwEkeqe!VdXHQNRwcTNFRFmNMu9P-pRVn47aOjPLqR3fvQNxeEqYNEtIQsr-EkWJaWZRkUdOQUMaqaBeTv__taqsg3Q4Y8RUYskvKcQA$

# Wood Benefit Premium Payments - Final Notice

**WHITE, Jennifer**

lesslewilliams@outlook.com

Wed, Jan 4, 2023, 4:57 PM

Good afternoon Lessle.

While you are out on leave from Wood, you are responsible to pay your portion of your benefit premiums. During this month's audit I noticed that all benefit premium payments have not been made to our benefits service center and you are at risk of having your benefits retroactive terminated. Please contact our benefits service center at 855-213-9673 to make payment.

**\*\*Payment needs to be made IN FULL by 1/21/2023** or your 2021 benefits will be retroactively terminated effective 11/1/2022. Please note if benefits are retroactively terminated any claims made during that timeframe will be reversed and COBRA will not be offered.

Please let me know if you have any questions regarding benefits payments.

Thank you,

Jennifer White
Benefits Advisor
Direct: +1 (337) 247-9765
EPSC: +1 (832) 809-3772
Fax: +1 (832) 383-8347
**www.woodplc.com**



This message is the property of John Wood Group PLC and/or its subsidiaries and/or affiliates and is intended only for the named recipient(s). Its contents (including any attachments) may be confidential, legally privileged or otherwise protected from disclosure by law. Unauthorized use, copying, distribution or disclosure of any of it may be unlawful and is strictly prohibited. We assume no responsibility to persons other than the intended named recipient(s) and do not accept liability for any errors or omissions which are a result of email transmission. If you have received this message in error, please notify us immediately by reply email to the sender and confirm that the original message and any attachments and copies have been



January 20, 2023

<u>CERTIFIED MAIL</u>

Mr. Lessle Williams
5511 S FM 565 Rd
Baytown, TX 77523

Dear Mr. Lessle:

I hope this letter finds you feeling well. I'm writing to provide important information about your benefits.

**Benefits Continuation Provision under Wood Leave of Absence Policy**

The Wood Leave of Absence policy allows an employee and covered dependents to remain on group benefits while on an approved leave of absence for a maximum of **<u>90 days.</u>**

Based on our records, you have been on a leave of absence since **October 8, 2022** and have or are expected to reach the 90 day benefits continuation maximum limit. Any medical, dental, vision coverages that you currently have in place will continue through **January 31, 2023**. You will be eligible to continue these coverages under COBRA. You will be mailed a COBRA notification, to include election forms, costs and instructions, from BenefitConnect|COBRA within 2 weeks of your benefits termination date. The coverages elected under COBRA will be effective **February 1, 2023**. If you have questions regarding your COBRA information, you can contact BenefitConnect|COBRA directly at 1-877-292-6272.

The above benefit information is pending payment of the attached benefit invoice.

**Securian Life Insurance Coverage**

Your Wood basic life, basic accidental death and dismemberment (AD&D), supplemental and AD&D coverage(s) administered by Securian Life will not continue beyond 6 months from the last day you were actively at work.

<u>Under the age of 60</u>

 If you become totally and permanently disabled as defined by the policy before your 60th birthday, your insurance, including all supplements to your certificate which were in force on the date of the onset of your disability, will be eligible for continuation without payment of premiums during the uninterrupted continuance of total and permanent disability under Waiver of Premium.  If you are not approved for Waiver of Premium or Waiver of Premium ends, you will need to convert to an individual policy within 31 days of when coverage terminates.

Ultimately, it is your responsibility to apply for Waiver of Premium and/or convert to an individual policy.  Contact Securian Life at 1-855-651-3500 or Securian Life Insurance Company, 4000 Robert Street North, St. Paul MN 55101-2098.

**Accommodations Under the American's With Disabilities Act**

Since your leave began **October 8, 2023**, you have exhausted your leave eligibility. To be considered totally or permanently disabled, you must have proven to the carrier you are unable to perform the material duties of occupation for which you were hired and unable to perform the material duties of any occupation for which you are qualified based on education, training and experience. However, if you believe you need some form of reasonable accommodation to enable you to perform the essential functions of your job and to return to work, we are committed to having interactive dialogue with you.

We are willing to consider providing you with an accommodation consistent with federal, state, and local law. In particular we will consider providing you with an accommodation which is medically-necessary, reasonable, feasible, and likely to enable you to work in a safe and satisfactory manner without imposing an undue hardship on our operations. If necessary, we will look to see whether we have an appropriate vacant position available for which you are qualified and to which you may be reassigned. We will consider your request for accommodation in consultation with you. However, to the extent some further accommodation is necessary to facilitate your return to work, we need to receive additional documentation from your treating physician to have meaningful conversation about this.

We note, the Genetic Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting, or requiring, genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you seek some reasonable accommodation to perform the essential functions of your job, including more regular attendance, please send the attached letter to your treating physician asking him/her to respond fully to our questions and ensure that they are returned to the company no later than the close of business **February 9, 2023.** If your physician does not timely respond to these questions by then, we will have no basis to provide you with accommodation. In that event, we may terminate your employment for continued time away. If your physician does timely respond, but clarification is required we may request clarification from your physician. Alternatively, we may request your physician to forward to a physician of our choosing a photocopy of your relevant medical records and/or require you to undergo a relevant medical examination at Company expense. Failure to cooperate in this medical review process also may result in your termination of employment.

If you have any questions about the contents of this letter, please do not hesitate to contact Wood at leaveofabsence@woodplc.com or by calling me at 1-337-247-6795.

Sincerely,


Ben Admin Specialist


Cc: Whitney Pugh/Artie Thibodeaux

**<u>Employee Response Letter</u>**
**<u>Return by January 28, 2023</u>**

Please confirm you have received this letter by making a selection below, sign and return to me.

☐ I will not be requesting any accommodations

☐ I have sent the physician request letter to Dr._____ (please print doctor's name) to be return to you by **<u>February 9, 2023</u>**

Sincerely,

*Lessie Williams*

## Physician Request Letter
## Return by February 9, 2023

Dear Dr. _____:

In order to provide me with accommodation for my disability, my employer has asked that you answer the questions in writing and return them by **February 9, 2023** to the following address or email:

> Everything People Service Center
> Tier 2 Benefits Specialist
> 17325 Park Row
> Houston, TX 77084
> Phone: 281-828-3501
> Fax: 832-383-8347
> Email: leaveofabsence@woodplc.com

The Genetic Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting, or requiring, genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, my employer asks that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

By my signature below, I authorize you to discuss any of your responses with my employer or a physician of my employer's choosing. This letter also authorizes you to submit to a physician of my employer's choosing a copy of my medical records pertaining to the medical condition for which I am seeking accommodation.

Thank you for your prompt attention to this matter. Again it is important that your responses be timely received because my employer has indicated that accommodation will not be available unless it has received adequate and timely medical justification.

Sincerely,

*Lessle Williams*

Attachment

5

**Please write clearly.**

1.  Does this employee's medical condition prevent travel to and from work?  If so, what is    the    medical reason?

2.  Does this employee's medical condition prevent him/her from being at work?  If so, what is the medical reason?

3.  To your knowledge, has the employee's medical condition affected him/her life activities such as driving, shopping, self-care, or recreational activities?  If so, how?  What is your basis for this information?

4.  Does the employee's medical condition preclude assignment of the tasks and duties?  If so, identify the tasks and duties, and the medical reason for your decision.

5.  Is there a medical reason to believe that the employee is likely to experience injury, harm or aggravation of the medical condition by performing or attempting to perform his/her job duties?  If so, what is the degree of injury, harm or aggravation that should be expected, and what is the likelihood that it will occur? What is the time frame within which it is likely to occur?  What is the expected duration of the risk?  What is the medical reason for your conclusions?

6

6.  Is there a medical reason to believe that, because of the medical condition, the employee is likely to experience sudden or subtle incapacitation?  If so, to what degree could the employee be incapacitated, and what is the likelihood that this will occur?  What is the expected duration of the risk?  What is the medical reason for your conclusions?

7.  Is the employee likely to recover sufficiently to perform the tasks and duties described to you?  If so, what is the time frame? What is the date they could expect to return to work?  If not, what is the medical reason?

8.  If any restrictions for the employee are warranted because of a significant risk of substantial harm to the employee or to others, what kinds of measures should be considered in identifying possible accommodations to eliminate the reason for the restrictions?

_____          _____
Sign                                       Date

_____          _____
Doctor's Name                              Clinic

_____          _____
Phone Number                               Fax Number

destroyed and deleted from your system.

If you do not wish to receive future unsolicited commercial electronic messages from us, please forward this email to: unsubscribe@woodplc.com and include "Unsubscribe" in the subject line. If applicable, you will continue to receive invoices, project communications and similar factual, non-commercial electronic communications.

Please click http://www.woodplc.com/email-disclaimer for notices and company information in relation to emails originating in the UK, Italy or France.

As a recipient of an email from a John Wood Group Plc company, your contact information will be on our systems and we may hold other personal data about you such as identification information, CVs, financial information and information contained in correspondence. For more information on our privacy practices and your data protection rights, please see our privacy notice at https://www.woodplc.com/policies/privacy-notice



**AUTOMOTIVE FINANCE COMPANY**

## <u>VERIFICATION OF EMPLOYMENT</u>

**Company Name:** Wood Group

**Address:** 17325 Park Row, Houston, Tx 77084    **Phone #:** 832-809-8000

**Employee's Name:** Lessie Williams    **Social Security #:** 5269

**Job Title:** Mechanical Tech    **Supervisor's Name:** Juan Calvo

**Date of Hire:** 6/6/2017    **Presently Employed?** Yes

**Full-Time** or Part-Time: Full-Time    **Hours Worked Per Week:** 40 hrs.

**Rate of Pay:** $34    **per** hour    **Pay Frequency:** 2 wks.

**W-2** Employee or 1099? W-2    **Current Gross YTD:** $35,642.45

**Name of Person Completing Form:** Tonya Mowrer

**Job Title / Department:** _____

**Signature of Person Completing Form:** _____

## ***PLEASE FAX COMPLETED FORM TO: SHANNON @ 225-293-6586***

<u>WARNING:</u> By completing this form, you attest that the information you provide is true and correct to the best of your knowledge. Any information provided that is untrue or fraudulent is illegal and subject to fines and penalties under federal and state laws.

## CUSTOMER'S STATEMENT — PLEASE PRINT

CHECK APPROPRIATE BOX
- [ ] Application for individual credit in Applicant's name only
- [ ] Application for joint credit with Applicant's spouse
- [ ] Application for joint credit with a third party*

*SHOULD SUBMIT SEPARATE CREDIT APPLICATIONS

**Full Name (Printed)** Lessie Williams

**Spouse's Full Name**

**APPLICANTS MARITAL STATUS** (Applicable to Louisiana residents or residing in other states submitting co-applications with spouses.)
- [ ] Married
- [ ] Unmarried
- [ ] Separated

**No. of Dependents**

**Home Address (Street)** 12097 Amsterdam Ave

**City** Gaismn   **State** LA   **Zip** 70734

**Home Phone** 601-6169-0224

- [ ] Renting—Name of Landlord
- [ ] Own—Mortgage Co.

**How Long?** 6 Month   Rent $   Note $

**Previous Address (Street)**

**City**   **State**   **How Long?**

**Nearest Relative**

**Relationship**   **Address**

**Phone Number**

APPLICANT | PERSONAL INFORMATION

*Other Income—Itemize (Alimony, child support, or separate maintenance payments need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.) (Louisiana and Joint Applications)*

**SPOUSE**

**Employer** Woodavoun PSN   **Address** Houston TX

**Salary** 34/hr   **Position** Operator   **How Long?** 8yrs

**Supervisor Name**   **Phone** (504) 4159 6352

**Previous Employer**   **How Long?**

**Address**

**Employer**   **Address**   **Salary**   **Position**   **How Long?**

**Supervisor Name**   **Phone**

**Previous Employer**   **How Long?**

**Address**

**Soc. Sec. No.** 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   **Birthday** 08/28/1972

**Soc. Sec. No.**   **Birthday**

**PERSONAL REFERENCE — Name**

**Address**   **Phone**

**PERSONAL REFERENCE — Name**

**Address**   **Phone**

**PERSONAL REFERENCE — Name**

**Address**   **Phone**

You understand and agree that you are applying for credit by providing the information to complete and submit this credit application. We may keep this application and any other application submitted to us and information about you whether or not the application is approved. You certify that the information on the application and in any other application submitted to us and these statements may subject you to criminal penalties. The words "you," "your" and "yours" mean each person submitting this application. The words "we," "us," "our" and "ours" as used below refer to us, the dealer, and to the financial institution(s) selected to receive your application. You authorize us to submit this application and any other application submitted in connection with the proposed transaction to the financial institutions disclosed to you by us the dealer. This application will be reviewed such financial institutions on behalf of themselves and us the dealer. In addition, in accordance with the Fair Credit Reporting Act, you authorize that such financial institutions may submit your application to other financial institution for the purpose of fulfilling your request to apply for credit. You agree that we may obtain a consumer credit report periodically from one or more consumer reporting agencies (credit bureaus) in connection with the proposed transaction and any update, renewal, refinancing, modification or extension of that transaction. You also agree that we or any affiliate of ours may obtain one or more consumer credit reports on you at any time whatsoever. If you ask, you will be told whether a credit report was requested, and if so, the name and address of any credit bureau from which we or our affiliate obtained your credit report. You agree that we may verify your employment, pay, assets and debts, and that anyone receiving a copy of this authorized to provide us with such information. You further authorize us to gather whatever credit and employment history we consider necessary and appropriate in evaluation this application and any other applications submitted in connection with the proposed transaction. You understand that we will rely on the information in this credit application in making our decision. We may monitor and record telephone calls regarding your account for quality assurance, compliance, training, or similar purposes.

By providing your cell phone number on this application, you are consenting to receive servicing and collection calls on your cellphone using an auto dialer or a prerecorded message. This consent applies to the dealer, who is the originating creditor in this transaction, as well as any assignee who may purchase you credit contract from the dealer.

I consent to receive autodialed, pre-recorded and artificial voice telemarketing and sales calls and text messages from or on behalf of dealer (or any financing source to which dealer assigns any contract) at the telephone number(s) provided in this credit application, including any cell phone numbers. I understand that this consent is not a condition of purchase or credit.

**Signature of Applicant**   **Date** 8/8/17

**Co-Applicant**

# 2018 W-2 and EARNINGS SUMMARY

This summary section is included with your W-2 to help describe this portion in more detail. The reverse side includes general information that you may also find helpful. The following reflects your final pay stub, plus any adjustments made by your employer.

| | | | |
|---|---|---|---|
| GROSS PAY | 115,647.75 | SOCIAL SECURITY TAX WITHHELD | 6,742.58 |
| | | BOX 04 OF W-2 | |
| FED. INCOME TAX WITHHELD | 18,605.00 | MEDICARE TAX WITHHELD | 1,576.89 |
| BOX 02 OF W-2 | | BOX 06 OF W-2 | |
| STATE INCOME TAX | 5,068.10 | SUI/SDI | 0.00 |
| BOX 17 OF W-2 | | BOX 14 OF W-2 | |
| LOCAL INCOME TAX | 0.00 | | |
| BOX 19 OF W-2 | | | |

To change your employee W-4 profile information
file a new W-4 with your payroll department

LESSLE E WILLIAMS
12097 AMSTERDAM AVE
GEISMAR, LA 70734

Social Security Number: 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
Taxable Marital Status:
SINGLE
Exemptions/Allowances:
Federal: 5
State: 0
Local: 0

PAGE 01 OF 01

## Employee Reference Copy

**W-2** Wage and Tax Statement **2018**

| a Control number | | | |
|---|---|---|---|
| 030002330 TU | | PX85 | AC S 16736 |

c Employer's name, address, and ZIP code
WOOD GROUP PSN INC
17325 PARK ROW
HOUSTON, TX 77084

RETURN POSTAGE GUARANTEED

e/f Employee's name, address, and ZIP code
LESSLE E WILLIAMS
12097 AMSTERDAM AVE
GEISMAR, LA 70734

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 01-0696812 | 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 |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 104380.31 | 18605.00 |
| 3 Social security wages | 4 Social security tax withheld |
| 108751.35 | 6742.58 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 108751.35 | 1576.89 |
| 7 Social security tips | 8 Allocated care benefits |

| 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|
| | C 57.95 |
| | D 4371.04 |
| | DD 18170.90 |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| LA | 1224067035 | 104380.31 |
| 17 State income tax | | |
| 5068.10 | | |
| 18 Local wages, tips, etc. | | |
| 19 Local income tax | 20 Locality name |

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 104380.31 | 18605.00 |
| 3 Social security wages | 4 Social security tax withheld |
| 108751.35 | 6742.58 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 108751.35 | 1576.89 |

| a Control number | | Copy | |
|---|---|---|---|
| 030002330 TU | PX85 | A | 16736 |

c Employer's name, address, and ZIP code
WOOD GROUP PSN INC
17325 PARK ROW
HOUSTON, TX 77084

RETURN POSTAGE GUARANTEED

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 01-0696812 | 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 |
| 7 Social security tips | 8 Allocated care benefits |

| 11 Nonqualified plans | 12a |
|---|---|
| | C 57.95 |
| 14 Other | D 4371.04 |
| | DD 18170.90 |
| | 13 X |

e/f Employee's name, address, and ZIP code
LESSLE E WILLIAMS
12097 AMSTERDAM AVE
GEISMAR, LA 70734

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| LA | 1224067035 | 104380.31 |
| 17 State income tax | | |
| 5068.10 | | |
| 18 Local wages, tips, etc. | | |
| 19 Local income tax | 20 Locality name |

**Federal Filing Copy**
**W-2** Wage and Tax Statement **2018**

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 104380.31 | 18605.00 |
| 3 Social security wages | 4 Social security tax withheld |
| 108751.35 | 6742.58 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 108751.35 | 1576.89 |

| a Control number | | Copy | |
|---|---|---|---|
| 030002330 TU | PX85 | A | 16736 |

c Employer's name, address, and ZIP code
WOOD GROUP PSN INC
17325 PARK ROW
HOUSTON, TX 77084

RETURN POSTAGE GUARANTEED

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 01-0696812 | 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 |
| 7 Social security tips | 8 Allocated care benefits |

| 11 Nonqualified plans | 12a |
|---|---|
| | C 57.95 |
| 14 Other | D 4371.04 |
| | DD 18170.90 |
| | 13 X |

e/f Employee's name, address, and ZIP code
LESSLE E WILLIAMS
12097 AMSTERDAM AVE
GEISMAR, LA 70734

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| LA | 1224067035 | 104380.31 |
| 17 State income tax | | |
| 5008.10 | | |
| 18 Local wages, tips, etc. | | |
| 19 Local income tax | 20 Locality name |

**LA State Filing Copy**
**W-2** Wage and Tax Statement **2018**

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 104380.31 | 18605.00 |
| 3 Social security wages | 4 Social security tax withheld |
| 108751.35 | 6742.58 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 108751.35 | 1576.89 |

| a Control number | | Copy | |
|---|---|---|---|
| 030002330 TU | PX85 | A | 16736 |

c Employer's name, address, and ZIP code
WOOD GROUP PSN INC
17325 PARK ROW
HOUSTON, TX 77084

RETURN POSTAGE GUARANTEED

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 01-0696812 | 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 |
| 7 Social security tips | 8 Dependent care benefits |

| 11 Nonqualified plans | 12a |
|---|---|
| | C 57.95 |
| 14 Other | D 4371.04 |
| | DD 18170.90 |
| | 13 X |

e/f Employee's name, address, and ZIP code
LESSLE E WILLIAMS
12097 AMSTERDAM AVE
GEISMAR, LA 70734

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| LA | 1224067035 | 104380.31 |
| 17 State income tax | | |
| 5068.10 | | |
| 18 Local wages, tips, etc. | | |
| 19 Local income tax | 20 Locality name |

**City or Local Filing Copy**
**W-2** Wage and Tax Statement **2018**

Open M365 Copilot

Backend portal Password: A79A94TF9T

Select Report:

All Credit Bureaus ⌄    ⟍ Change charts here

## Repaired & Deleted Items



Remaining 96%

## Credit & Dispute Report



16 - Deleted

0 - Repaired

0 - Items in Dispute

## Credit Report Summary

| | Equifax | Experian | TransUnion |
|---|---|---|---|
| Start Date: | 02/18/2022 | 02/18/2022 | 02/18/2022 |
| Score: | 619 (-2) | 693 (+75) | 697 (+27) |
| Total Positive Items: | 0 | 0 | 0 |
| Total Negative Items: | 16 | 11 | 14 |
| Repaired / Deleted to date: | 7 | 4 | 5 |
| Percent Completed: | 44% | 36% | 36% |
| Items In Dispute: | 9 | 7 | 9 |

| Item | Account / Ref # | Category | Equifax | Experian | TransUnion |
|---|---|---|---|---|---|
| ACEPTANCENOW | 000024DRD68850**** | Account | In Dispute | In Dispute | In Dispute |
| FEDLOAN | 93541165099FD0**** | Account | In Dispute | In Dispute | In Dispute |
| FEDLOAN | 93541165099FD0**** | Account | In Dispute | In Dispute | In Dispute |
| REGIONS BANK | 510825*** | Account | In Dispute | In Dispute | In Dispute |

Reply All

Calendar     Apps

CON CONFIANZA
CON TRICOLOR Tricolor

## EMPLOYMENT VERIFICATION RELEASE FORM

The recipient named below has applied for credit in favor of obtaining an auto loan with Tricolor Auto. In order to comply with our loan process requirements/guidelines we must verify a income, residence and asset sources of all applicants, and their household. Please complete the following information, and return as soon as possible. Thank you.

---

**Applicant Release Statement:**

Applicant Name:  Lessie Williams

I hereby authorize the release of the following information in order to determine the eligibility of an auto loan with the income provided, and to verify employment as stated on the credit application.  Please complete this form in full and return it to Tricolor Auto at your earliest convenience.

---

## Employer Please Complete the Employment/Income Section Below:

Term date – 12-Oct-2018

Employer's Name:  Wood Group PSN Inc

Employer's Address:  17325 Park Row, Houston, TX, 77084

Phone#:  (281) 647-8300                    Fax#:  (281) 928-0711

Position of Title:  Mechanical Technician   Date of Hire:  06-JUN-2017   - Term Date 12-Oct-2018

Salary:  ____  Hourly:  $34.00  Commission/Bonus:  ____      Overtime Allowed:  yes - did receive OT

Payment Period:  ☐ Weekly  ☒ Bi-Weekly  ☐ Semi Monthly  ☐ Monthly

Payment Type:  Cash ☐   Check ☐   Direct Deposit ☐

If paid in cash, can a job letter be provided?  Yes ____  No ____

Average Monthly Income:  for Aug 2018 average was 11,226.10

Verified By:  Pamela Myers          Title:  HR/People & Organization Associate

Date Verified:  11-9-18          Phone#:  832-809-7037

Please fax to: 214-269-4334          or send via email:  verifications@tricolorauto.com

---

### For Tricolor Auto Office Use Only

Received By:  ____          Date:  ____

Additional Notes:  ____

**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

§
§
§       CASE NO. _4:20 cv 4371_
§
§

Williams

v.

Fieldwood Energy, LLC
et al.

_____

USB Exhibit

_____

_____

_____

_____

**DOCUMENT IS:**

☐  **LOOSE IN FILE**

☐  **IN VAULT SEALED**

☒  **IN BROWN EXPANDABLE FOLDER**

**INSTRUMENT #_____**