Case 4:20-cv-04371   Document 34   Filed on 04/23/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LESLE WILLIAMS,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 4:20-cv-4371 |
| **FIELDWOOD ENERGY OFFSHORE,** § | |
| **INC. d/b/a. FIELDWOOD ENERGY** § | |
| **(TEXAS), INC., FIELDWOOD** § | |
| **ENERGY, LLC, FIELDWOOD** | |
| **ENERGY OFFSHORE, LLC,** | |
| **SHORE OFFSHORE SERVICES, LLC** | |
| **and COMPLETE LOGISTICAL** | |
| **SERVICES, LLC,** | |
| *Defendants*. § | |

## FINAL JUDGMENT

On December 27th, 2023, this Court dismissed with prejudice all claims by Plaintiff against all Defendants. On April 14th, 2025, this Court received a letter from Plaintiff (who now proceeds *pro se*), seeking, among other things, "reparations in the amount of 120 million dollars." Doc. No. 33. While unclear, Plaintiff seems to seek this amount for acts of malpractice that he alleges his own attorneys committed. The Court is not in a position to hear these claims. First, the basis of the complaint is Plaintiff's claims against several corporations involved in an incident that caused personal injuries to Plaintiff while he worked as a crew member on a vessel—it is not about any potential malpractice that arose between Plaintiff and his attorney's. Doc. No. 1. Plaintiff would need to pursue a separate lawsuit to pursue such claims. Second, even if such claims were at issue here, the Court has already dismissed all claims with prejudice.

As a result, the court hereby ENTERS final judgment on all claims against these Defendants. Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at

the hearing, final judgment is hereby **ENTERED** for all Defendants.

    **IT IS SO ORDERED.**

    **SIGNED** at Houston, Texas on this the 23rd of April, 2024.

                                             KEITH P. ELLISON
                                             UNITED STATES DISTRICT JUDGE