United States Courts
Southern District of Texas
FILED
October 28, 2025
Nathan Ochsner, Clerk of Court

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 7, 2025
Lyle W. Cayce
Clerk

No. 25-20225

LESLE WILLIAMS,

*Plaintiff—Appellant,*

*versus*

FIELDWOOD ENERGY OFFSHORE, INCORPORATED, *doing business as* FIELDWOOD ENERGY (TEXAS), INCORPORATED; FIELDWOOD ENERGY, L.L.C.; FIELDWOOD ENERGY OFFSHORE L.L.C.; SHORE OFFSHORE SERVICES, L.L.C.; COMPLETE LOGISTICAL SERVICES, L.L.C.,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-4371

UNPUBLISHED ORDER

Before GRAVES, HO, and DOUGLAS, *Circuit Judges.*

PER CURIAM:

  This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). Pursuant to 28 U.S.C. § 2107(a) and Federal Rule of Appellate

No. 25-20225

Procedure 4(a)(1)(A), the notice of appeal in a civil case must be filed within thirty days of entry of judgment.

In this case, the district court entered final judgment dismissing the complaint on April 23, 2025. Therefore, the final day for filing a timely notice of appeal was May 23, 2025. Plaintiff's *pro se* notice of appeal was filed on June 6, 2025. When set by statute, the time limitation for filing a notice of appeal in a civil case is jurisdictional. *Hamer v. Neighborhood Hous. Servs. of Chi.*, 583 U.S. 17, 19 (2017); *Bowles v. Russell*, 551 U.S. 205, 214 (2007). The lack of a timely notice mandates dismissal of the appeal. *United States v. Garcia-Machado*, 845 F.2d 492, 493 (5th Cir. 1988).

Accordingly, the appeal is DISMISSED for want of jurisdiction.

Certified as a true copy and issued
as the mandate on **Oct 28, 2025**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 28, 2025

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

     No. 25-20225   Williams v. Fieldwood Energy
                         USDC No. 4:20-CV-4371

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Rebecca L. Leto, Deputy Clerk
                        504-310-7703

cc w/encl:
    Mr. Gavin H. Guillot
    Mr. Walter Patrick Maestri
    Mr. Ivan Mauricio Rodriguez
    Ms. Kari M. Rosamond
    Mr. Lesle Williams